**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cair Heating and Cooling, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3794979** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1821 Cargo Court**<br>**Louisville, KY 40299**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Jefferson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Cair Heating and Cooling, LLC**                                             Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____8220_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **Cair Heating and Cooling, LLC**                                    Case number (if known)
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | | | | |
| District | | When | Case number, if known | |

**11.** **Why is the case filed in this district?**    Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Cair Heating and Cooling, LLC**                                          Case number (*if known*) _____
        Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Cair Heating and Cooling, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 13, 2023**
             MM / DD / YYYY

*X* **/s/ Kevin Clapp**                                    **Kevin Clapp**
Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

*X* **/s/ Dean A. Langdon**                      Date   **July 13, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Dean A. Langdon**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone   **(859) 231-5800**        Email address

**40104 KY**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cair Heating and Cooling, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Air Mechanical Sales 1949 Lexington Road Georgetown, KY 40324 | | Trade debt | | | | $741,455.72 |
| Big Time Advertising Inc 22615 State Road 120 Elkhart, IN 46516-5369 | | Advertising services | | | | $70,342.32 |
| Corken Steel Products Co. 1226 West Market St Louisville, KY 40203 | | Trade debt | | | | $180,155.46 |
| Cucumber Capital LLC 445 Central Ave Cedarhurst, NY 11516 | | future receivables | Disputed | $275,000.00 | $0.00 | $275,000.00 |
| Daikin Comfort Technologies North Americ Attn; Simon Lin 19001 Kermier Road Waller, TX 77484 | simon.lin@daikincomfort.com | purchased inventory | | $3,799,452.62 | $0.00 | $3,799,452.62 |
| Electrical Contractors NW Inc Po Box 254 Pullman, WA 99163 | | Trade debt | | | | $21,726.22 |
| Energy Rotation Systems LLC 4790 W 73rd Street Indianapolis, IN 46268 | | Trade debt | | | | $34,321.38 |

Debtor    **Cair Heating and Cooling, LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Famous Supply**<br>**PO BOX 951344**<br>**Cleveland, OH 44193** | | **Trade debt** | | | | **$141,369.63** |
| **Habegger Corp.**<br>**11413 Enterprise Park Dr**<br>**Cincinnati, OH 45241** | | **Trade debt** | | | | **$790,853.58** |
| **Impact**<br>**PO Box 739**<br>**Lexington, KY 40588** | | **Third-party benefits adminstrator** | | | | **$27,062.05** |
| **Jackson Systems**<br>**5418 Elmwood Ave**<br>**Indianapolis, IN 46203** | | **Trade debt** | | | | **$29,588.30** |
| **Lennox Industries Inc.**<br>**P.O Box 910549**<br>**Dallas Tx 75391** | | **Trade debt** | | | | **$50,419.27** |
| **On Deck Capital, LLC**<br>**c/o Devon Dean**<br>**4700 W. Daybreak Pkwy, Ste 200**<br>**South Jordan, UT 84009** | | **future receivables** | **Disputed** | **$108,000.00** | **$0.00** | **$108,000.00** |
| **Rocket Capital NY LLC**<br>**c/o Joe Lieberman, Esq.**<br>**Lieberman and Klestzick, LLP**<br>**PO Box 356**<br>**Cedarhurst, NY 11516** | | **future receivables** | **Disputed** | **$366,050.00** | **$0.00** | **$366,050.00** |
| **Sunbelt Rentals**<br>**PO Box 409211**<br>**Atlanta, GA 30384-9211** | | **Equipment rental** | | | | **$144,634.36** |
| **Tom Barrow Company**<br>**732 Joseph E. Lowery Blvd. NW**<br>**Atlanta, GA 30318** | | **Trade debt** | | | | **$29,577.18** |
| **Trane HVAC Parts & Supplies**<br>**12700 Plantside Dr**<br>**Louisville, KY 40299** | | **Trade debt** | | | | **$45,442.34** |
| **Trane U.S. Inc.**<br>**PO Box 403271**<br>**Atlanta, GA 30384-3271** | | **Trade debt** | | | | **$80,380.49** |

Debtor    **Cair Heating and Cooling, LLC**                      Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TVT 2.0 LLC Contracts Team 881 Baxter Dr, Ste 100 South Jordan, UT 84095** | | **Accounts receivable** | **Disputed** | **$1,156,933.31** | **$0.00** | **$1,156,933.31** |
| **Val Pak 3036 Breckenridge Lane, Ste. 203 Louisville, Ky 40220** | | **Advertising services** | | | | **$38,844.46** |

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Cair Heating and Cooling, LLC**

Case No.

Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kevin L. Clapp**<br>**2310 Running Brook Trail**<br>**Fisherville, KY 40023** | | | **Membership interst** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 13, 2023**

Signature    **/s/ Kevin Clapp**

**Kevin Clapp**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Kentucky**

In re   **Cair Heating and Cooling, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 13, 2023**

**/s/ Kevin Clapp**

**Kevin Clapp/President**
Signer/Title

2-J Supply Co., Inc.
1456 N Keowee Street
Dayton, OH 45404-1103

211 N English Station, LLC
11601 Main Street
Louisville, KY 40243

A-1 Portable Buildings, Inc.
801 Enterprise Drive
Lexington, KY 40510

Advanced Automotive Services
7801 Alexandria Pike
Alexandria, KY 41001

Affordable Crane Service
PO Box 739
Hardinsburg, KY 40143

Air Mechanical Sales
1949 Lexington Road
Georgetown, KY 40324

AirGas USA, LLC
Po Box 734445
Chicago, IL 60673-4445

Al's Johns
13911 NW 56th Street
Raymond, NE 68428

Alpha Energy Solutions
7200 Distribution Dr
Louisville, KY 40258

Annex Construction of Howelle, LLC
409 Massachusetts Ave, Ste 300
Indianapolis, IN 46204

Annex Construction of Nebraska, LLC
409 Massachusetts Ave, Ste 300
Indianapolis, IN 46204

Annex Construction of Washington, LLC
409 Massachusetts Ave, Ste 300
Indianapolis, IN 46204

Arbor Homes/Clayton Properties Group
Craig Brockman, Division President
9225 Harrison Park Ct.
Indianapolis, IN 46216

Arlington Construction Services, LLC
2 North 20th Street
Birmingham, AL 35203

B.C. Drywall, Inc.
20513 Nicholas Circle #1
Elkhorn, NE 68022

Baptist Health Medical Group
PO Box 734848
Chicago, IL 60673-4848

BCM Lifting & Hauling Services, LLC
P.O. Box 91648
Louisville, KY 40291

Big Time Advertising Inc
22615 State Road 120
Elkhart, IN 46516-5369

BluAire Heating and Cooling
1313 Old Mill Road
Louisville, KY 40242

Boone County Fiscal Court
2950 Washington Square
Burlington, KY 41005

Bosse Construction, Inc.
2116 Plantside Drive
Louisville, KY 40299

Buenavista Enterprise
2274 Hemlock Ave
Columbus, OH 43229

Cedar West Storage
2850 16th Ave SW
Cedar Rapids, IA 52404

Central Messaging
10333 Harwin Drive, Ste 530M
Houston, KY 77036

Chase Auto Finance
PO Box 71220
Philadelphia, PA 19176-6220

Cincinnati BBB
1 E. 4th St, Unit 600
Cincinnati, OH 45202

Cintas
PO Box 630921
Cincinnati, OH 45263-0921

Cintas Cincy
PO BOX 631025
Cincinnatti, OH 45246-1146

Cintas Fire 636525
PO BOX 636525
Cincinnati, OH 45263

Cintech Construction
4865 Duck Creek Road
Cincinnati, OH 45227

Citizens Energy
Po Box 7056
Indianapolis, IN 46207-7056

Cityscape Construction
10 W. Carmel Drive, Ste 200
Carmel, IN 46032

Clapp, Kevin Lee
2310 Running Brook Trail
Fisherville, KY 40023

Clarks Home Services
10570 Trevor Dr
Aurora, IN 47001

Clover Construction Management
348 Harris Hill Road
Williamsville, NY 14221

Cooke Sheet Metal Inc
PO Box 338
Kalkaska, MI 49646

Corken Steel Products Co.
1226 West Market St
Louisville, KY 40203

Crawford Construction
2856 Ventura Dr
Indianapolis, IN 46241

CRG Residential, LLC
805 City Center Dr, Ste 160
Carmel, IN 46032

Cucumber Capital LLC
445 Central Ave
Cedarhurst, NY 11516

D-Crane Rental
11061 Dixie Hwy
Louisville, KY 41094

Daikin Comfort Technologies North Americ
Attn; Simon Lin
19001 Kermier Road
Waller, TX 77484

Department for Employment Services
P. O. Box 948
Frankfort, KY 40602-0948

DTE Energy
PO Box 70726
Cincinnati, OH 45274

Duke Energy
PO Box 1094
Charlotte, NC 28201-1094

Electrical Contractors NW Inc
Po Box 254
Pullman, WA 99163

Energy Rotation Systems LLC
4790 W 73rd Street
Indianapolis, IN 46268

Ever Eliberto Delgado
4202 Eagle Bay W.
Indianapolis, IN 46254

Famous Supply
PO BOX 951344
Cleveland, OH 44193

Ferguson
PO BOX 802817
Chicago, IL 60680-2817

Ferguson Enterprises #1480
PO BOX 644054
Pittsburgh, PA 15264-4054

Ferguson Heating & Cooling
4700 Poplar Level Rd
Louisville, KY 40213

Ferguson Heating & Cooling
3840 Business Park Dr
Louisville, KY 40213

Florence Government Center
8100 Ewing Boulevard
Florence, KY 41042

Forge Construction
509 Spring Street
Jeffersonville, IN 47130

Habegger Corp.
11413 Enterprise Park Dr
Cincinnati, OH 45241

Hilti Inc
Po Box 70299
Philadelphia, PA 19176-0299

Hubbs Heating & Air
545 E Main Street
Lancaster, OH 43130

Idaho State Tax Commission
11321 W Chinden Blvd
Boise, ID 83714

Impact
PO Box 739
Lexington, KY 40588

Indiana Department of Revenue
PO Box 7222
Indianapolis, IN 46207-7222

Indiana Dept. of Workforce Development
Indiana Govt. Center South
10 N. Senate Avenue
Indianapolis, IN 46204

Indy Core
2280 Cold Springs Rd
Indianapolis, IN 46222

Indy on Demand
10164 Clear Sky Dr
Avon, IN 46123

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J.A. Fielden Co., Inc.
814 E. Woodland Avenue
Knoxville, TN 37917

Jackson Systems
5418 Elmwood Ave
Indianapolis, IN 46203

Jefferson County Sheriff's Office
PO Box 34570
Louisville, KY 40232-4570

Johnstone Supply
PO Box 210639
Auburn Hills, MI 48321

Johnstone Supply Indianapolis
Po Box 706371
Cincinnati, OH 45270-6371

Kentuckiana Comfort Center
PO Box 99369
Louisville, KY 40269-0369

Kentuckiana Comfort Center
2716 Grassland Drive
Louisville, KY 40299

Kittle Property Group, Inc.
310 E. 96th Street, Ste 400
Indianapolis, IN 46240

Kwik Set Fasteners
4006 Bishop Lane
Louisville, KY 40218

KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort, KY 40602

Lee Investment Company of SC, LLC
12808 Birkenstock St.
Carmel, IN 46032

Lennox Industries Inc.
P.O Box 910549
Dallas Tx 75391

Lennox Parts Plus
4858 Provident Dr. Suite G
Cincinnati, OH 45246

Leon Services
2333 Poshard Dr
Columbus, IN 47203

LGE
Attn: Revenue collection
820 West Broadway
Louisville, KY 40202

Lins Heating & Air Conditioning
4540 J Street SW
Cedar Rapids, IA 52404

Lowery Asset Management LLC
1820 Nortwest Blvd, Ste 200
Columbus, OH 43212

MacArthur Co
NW 6276
PO Box 1450
Minneapolis, MN 55485

Maile Construction
2927 Silverton Ct
Columbus, OH 43232

Marian Constrcution
1801 Payne Street
Louisville, KY 40206

Mike Albert Leasing
PO Boxx 643057
Cincinnati, OH 45264

Mike Jolly
273 Georgetown Road
Greenwood, IN 46142

Miranda Constrction
322 East Kentucky Street
Louisville, KY 40203

Mobile Mini, Inc.
4646 E. Van Buren St, Suite 400
Phoenix, AZ 85008

Muck's Crane
7660 W. 60 S.
Edinburgh, IN 46124

National Labor Relations Board
Region 25
575 N. Pennsylvania St, Ste 238
Indianapolis, IN 46204-1520

Nebraska Department of Revenue
PO Box 98934
Lincoln, NE 68509-8934

New Image
1751 Plantside Dr
Louisville, KY 40299

North Air Conditioning
1031 Queen Ave
Louisville, KY 40215

Office of Unemployment Insurance Operati
PO Box 182212
Columbus, OH 43218-2212

Ohio Department of Revenue
Tax Commissioner's OFfice
Bankruptcy Division
4485 Northland Ridge Blvd.
Columbus, OH 43229

On Deck Capital, LLC
c/o Devon Dean
4700 W. Daybreak Pkwy, Ste 200
South Jordan, UT 84009

Osorio Air Comfort, LLC
2684 Christine Blvd
Columbus, OH 43240

Pacific Mobile Structures, Inc.
P O Box 24747
Seattle, WA 98124-0747

Penske Truck Leasing
PO Box 802577
Chicago, IL 60680-2577

Plumb Supply
PO Box 4558
Des Moines, IA 50305

Precision Test & Balance Inc.
14225 University Avenue Ste 220A
Waukee, IA 50263

Professional Concrete Cutting & Drilling
14124 East State Road 46
Columbus, IN 47203

Reconn Construction Services
561 N. Egret Bay Blvd.
League City, TX 77573

Redwood HVAC
5117 Terry Rd
Louisville, KY 40216

Reese Wholesale
PO BOX 2970
Indianapolis, IN 46206-2970

Renaissance Design Build Inc
117 S Indiana Ave
Sellersburg, IN 47172

Republic Services
11563 Mosteller Rd
Cincinnati, OH 45241

Reyes Heating and Cooling
4609 Crawford Ave
Louisville, KY 40258

RITA
PO Box 89475
Cleveland, OH 44101-6475

Rivera Group LLC
1073 Oliver Ave
Indianapolis, IN 46221

RL Craig Company Inc
11524 Commonwealth Drive
Louisville, KY 40299

RMA Air Conditioner
961 Leona Ave
Columbus, OH 43201

Rocket Capital NY LLC
c/o Joe Lieberman, Esq.
Lieberman and Klestzick, LLP
PO Box 356
Cedarhurst, NY 11516

Ruscilli Construction Co., LLC
Attn: Brandon Hedrick
5815 Wall Street
Dublin, OH 43017

Sanders HVAC
164 S. Cherry Street
Sale City, GA 31784

Service Titan
1349 W. Peachtreet St. NW, Ste. 1700
Atlanta, GA 30309

South Carolina Department of Revenue
Income Tax
PO Box 125
Columbia, SC 29214-0400

South Meridian Townhomes LLC
805 City Center Dr, Ste 160
Carmel, IN 46032

Spectrum
Charter Communications Oper., LLC
ATTN: Comml Contracts Mgmt Corp. Legal
12405 Powerscourt Drive St.
Saint Louis, MO 63131

Sprint
Office of Privacy-Legal Dept.
P.O. Box 4600
Reston, VA 20195

Summit Constrction Co., Inc.
1107 Burdsal Parkway
PO Box 88126
Indianapolis, IN 46208

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

SWH Supply Co.
242 E. Main St.
Louisville, KY 40202

Synergy Test & Balance
154 Burt Rd
Lexington, KY 40503

Tango Victor Charlie, LLC
7707 Surrey Lane
Traverse City, MI 49685

Teasdale Fenton
12145 Centron Place
Cincinnati, OH 45246

TEG Enterprises Inc
107 Gass Dr
Greenville, TN 37745

The Annex Group
c/o Angela Mendenhall, General Counsel
409 Massachusetts Ave, Ste 300
Indianapolis, IN 46204

The Buttorff Company Inc.
7610 Pollock Ave.
Pewee Valley, KY 40056

The Miller Company Inc. / De Lage Laden
PO Box 41602
Philadelphia, PA 19101-1602

Thorndale Construction Services
1832 Centre Point Cir., Ste 103
Naperville, IL 60563

Tire Discounters
PO Box 931827
Atlanta, GA 31193-1827

Tire Discounters
12901 Taylorsville Rd
Louisville, KY 40299

TLP Capital Center West Chester LLC
c/o TradeLane Properties LLC
2215 York Road, Ste 405
Oak Brook, IL 60523

Tom Barrow Company
732 Joseph E. Lowery Blvd. NW
Atlanta, GA 30318

Towne Properties
1055 St. Paul Place
Cincinnati, OH 45202

Trane HVAC Parts & Supplies
12700 Plantside Dr
Louisville, KY 40299

Trane U.S. Inc.
PO Box 403271
Atlanta, GA 30384-3271

Trane U.S. Inc.
3600 Pammel Creek Rd
La Crosse, WI 54601-7599

TVT 2.0 LLC
Contracts Team
881 Baxter Dr, Ste 100
South Jordan, UT 84095

TVT 2.0 LLC
c/o Recovery of Judgment
Derek Medolla, Esq.
1407 Broadway 29th Floor
New York, NY 10018

U.S. Small Business Administration
2 North Street, Ste 320
Birmingham, AL 35203

United Rentals
Po Box 100711
Atlanta, GA 30384-0711

United Rentals
Branch AE2
52500 Pontiac Trl
Wixom, MI 48393-1922

Val Pak
3036 Breckenridge Lane, Ste. 203
Louisville, Ky 40220

Valle Painting
1400 Cunningham Ct.
Louisville, KY 40211

Washington Employment Security Dept.
PO Box 9046
Olympia, WA 98507-9046

Waste Management
PO Box 9001054
Louisville, KY 40290

Welch Builders, Inc.
301 Middletown Park Pl #A
Louisville, KY 40243

Xpert Design & Constrction, LLC
1469 4th St
Louisville, KY 40208

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Cair Heating and Cooling, LLC**
_____
                                    Debtor(s)

Case No. _____

Chapter   **11** _____


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cair Heating and Cooling, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**July 13, 2023**
_____
Date

**/s/ Dean A. Langdon**
_____
**Dean A. Langdon**
Signature of Attorney or Litigant
Counsel for   **Cair Heating and Cooling, LLC**
_____
**DelCotto Law Group PLLC**
**200 North Upper St.**
**Lexington, KY 40507**
**(859) 231-5800 Fax:(859) 281-1179**