UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

CASE NO. 23-31622
CHAPTER 11

DEBTOR IN POSSESSION

**ORDER DESIGNATING INDIVIDUAL RESPONSIBLE
TO PERFORM DUTIES OF THE DEBTOR**

This Court has reviewed the Company Resolution filed in this case and hereby appoints Kevin L. Clapp as the individual responsible for performing the duties of the Company as a debtor in possession in bankruptcy, pursuant to Fed. R. Bankr. P. 4002 and 9001(5)(A).

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION
(UNDER PENDING APPLICATION)