UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

CASE NO. 23-31622
CHAPTER 11

DEBTOR

## COMPANY RESOLUTION

I, Kevin L. Clapp, as the sole Member of Cair Heating and Cooling, LLC, a member-managed Kentucky limited liability company authorized to do business in Kentucky, do hereby certify that the following is a true copy of a Resolution duly adopted by the sole Member of Cair Heating and Cooling, LLC (the "Company"):

**WHEREAS,** in the sound business judgment of the Member, it is in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in which the authority to operate as a debtor in possession will be sought, in order to seek to maximize the recoveries to all constituencies;

**THEREFORE,** be it:

**RESOLVED** that the Company be, and hereby is, authorized to file a Voluntary Petition for Bankruptcy under Chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED** that Kevin L. Clapp (the "Authorized Person") be, and hereby is, an authorized signatory in connection with the Chapter 11 proceedings authorized herein; and it is further

**RESOLVED** that the Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute, verify, and/or file or cause to be filed, executed, and/or verified (or direct others to do so on his behalf) all necessary documents, including without limitation, all petitions, affidavits, schedules, motions, lists, applications, and pleadings; and is further

**RESOLVED** that the Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action that he deems necessary, proper, or desirable in connection with the Chapter 11 case, including any and all action necessary, proper, or desirable relating to the successful prosecution of such Chapter 11 proceedings; and it is further

**RESOLVED** that, pursuant to Rules 4002 and 9001(5)(A) of the Federal Rules of Bankruptcy Procedure, the Authorized Person be, and hereby is, authorized and empowered to be responsible for performing the duties of the Company as a debtor in bankruptcy and shall perform such duties; and it is further

**RESOLVED** that Dean A. Langdon and the law firm of DelCotto Law Group PLLC be, and hereby are, employed under a general retainer to render legal services to, and to represent, the Company as general bankruptcy counsel in connection with the Chapter 11 case and any other related matters in connection therewith, as general restructuring counsel and on such terms as the Authorized Person shall approve.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this 13th day of July, 2023.

/s/
Kevin L. Clapp, Sole Member
Cair Heating and Cooling, LLC

2