**Cair Heating and Cooling, LLC**
**Master Service List dated July 14, 2023**

| Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|
| Air Mechanical Sales | 1949 Lexington Road | | | Georgetown | KY | 40324 |
| Big Time Advertising Inc | 22615 State Road 120 | | | Elkhart | IN | 46516-5369 |
| Boone County Fiscal Court | 2950 Washington Square | | | Burlington | KY | 41005 |
| Corken Steel Products Co. | 1226 West Market St | | | Louisville | KY | 40203 |
| Cucumber Capital LLC | 445 Central Ave | | | Cedarhurst | NY | 11516 |
| Daikin Comfort Technologies North Americ | Attn: Simon Lin | 19001 Kermier Road | | Waller | TX | 77484 |
| Department for Employment Services | P. O. Box 948 | | | Frankfort | KY | 40602-0948 |
| Electrical Contractors NW Inc | Po Box 254 | | | Pullman | WA | 99163 |
| Energy Rotation Systems LLC | 4790 W 73rd Street | | | Indianapolis | IN | 46268 |
| Famous Supply | PO Box 951344 | | | Cleveland | OH | 44193 |
| Florence Government Center | 8100 Ewing Boulevard | | | Florence | KY | 41042 |
| Habegger Corp. | 11413 Enterprise Park Dr | | | Cincinnati | OH | 45241 |
| Idaho State Tax Commission | 11321 W Chinden Blvd | | | Boise | ID | 83714 |
| Impact | PO Box 739 | | | Lexington | KY | 40588 |
| Indiana Department of Revenue | PO Box 7222 | | | Indianapolis | IN | 46207-7222 |
| Indiana Dept. of Workforce Development | Indiana Govt. Center South | 10 N. Senate Avenue | | Indianapolis | IN | 46204 |
| Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Jackson Systems | 5418 Elmwood Ave | | | Indianapolis | IN | 46203 |
| Jefferson County Sheriff's Office | PO Box 34570 | | | Louisville | KY | 40232-4570 |
| KY Dept. of Revenue | Legal Branch - Bankruptcy Section | P. O. Box 5222 | | Frankfort | KY | 40602 |
| Lennox Industries Inc. | P.O Box 910549 | | | Dallas | TX | 75391 |
| National Labor Relations Board | Region 25 | 575 N. Pennsylvania St, Ste 238 | | Indianapolis | IN | 46204-1520 |
| Nebraska Department of Revenue | PO Box 98934 | | | Lincoln | NE | 68509-8934 |
| Office of Unemployment Insurance Operati | PO Box 182212 | | | Columbus | OH | 43218-2212 |
| Ohio Department of Revenue | Tax Commissioner's OFfice | Bankruptcy Division | 4485 Northland Ridge Blvd. | Columbus | OH | 43229 |
| On Deck Capital, LLC | c/o Devon Dean | 4700 W. Daybreak Pkwy, Ste 200 | | South Jordan | UT | 84009 |
| RITA | PO Box 89475 | | | Cleveland | OH | 44101-6475 |
| Rocket Capital NY LLC | c/o Joe Lieberman, Esq. | Lieberman and Klestzick, LLP | PO Box 356 | Cedarhurst | NY | 11516 |
| South Carolina Department of Revenue | Income Tax | PO Box 125 | | Columbia | SC | 29214-0400 |
| Sunbelt Rentals | PO Box 409211 | | | Atlanta | GA | 30384-9211 |
| Tom Barrow Company | 732 Joseph E. Lowery Blvd. NW | | | Atlanta | GA | 30318 |
| Trane HVAC Parts & Supplies | 12700 Plantside Dr | | | Louisville | KY | 40299 |
| Trane U.S. Inc. | PO Box 403271 | | | Atlanta | GA | 30384-3271 |
| TVT 2.0 LLC | Contracts Team | 881 Baxter Dr, Ste 100 | | South Jordan | UT | 84095 |
| TVT 2.0 LLC | c/o Recovery of Judgment | Derek Medolla, Esq. | 1407 Broadway 29th Floor | New York | NY | 10018 |
| U.S. Small Business Administration | 2 North Street, Ste 320 | | | Birmingham | AL | 35203 |
| Val Pak | 3036 Breckenridge Lane, Ste. 203 | | | Louisville | Ky | 40220 |
| Washington Employment Security Dept. | PO Box 9046 | | | Olympia | WA | 98507-9046 |
| Trane U.S. Inc. | 3600 Pammel Creek Rd | | | La Crosse | WI | 54601-7599 |