UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

DEBTOR

CASE NO. 23-31622
CHAPTER 11

### ORDER ESTABLISHING MASTER SERVICE LIST, NOTICE PROCEDURES, AND RELATED RELIEF

This matter having come for hearing on the Debtor's Expedited Motion to Establish Notice Procedures, Master Service List, and Grant Related Relief (the "Motion"), filed by Cair Heating and Cooling, LLC (the "Debtor" or "Debtor in possession"), and the Court having determined that it is in the best interests of the Debtor, the Estate, its creditors, and all other parties in interest and that it does not prejudice the right of any party in interest in this case to establish the procedures proposed by the Debtor, and it appearing that proper notice of the Motion was given, and it further appearing that no objections having been filed or any timely objections being hereby overruled, and the Court having reviewed the record and being otherwise sufficiently advised and having considered same;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED.

2. Subject to the terms of the Motion, the Debtor shall serve only those parties listed on the Master Service List, which shall be updated by the Debtor on a regular basis, as necessary. Any notice required to be served upon creditors and parties in interest in this case shall be deemed to be adequately served when served on the parties listed on the current Master Service List and any party directly affected by a pleading. Notices may be served by electronic mail to

the extent permitted or agreed to by a party. The Certificate of Service shall state that service has been made on all parties listed on the Master Service List in accordance with the method established under CM/ECF Administrative Procedures and shall reference the date and version of the Master Service List.

      3.      This Order shall be without prejudice to the Debtor's or any other party's right to propose alternative notice procedures at any later time in the case.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile:  (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION
(UNDER PENDING APPLICATION)