**Cair Heating and Cooling, LLC**

# Exhibit A

| Utility Name/Address | Service Provided | ½ Monthly Bill | Current Deposit | Adequate Assurance Deposit Amount |
|---|---|---|---|---|
| LGE<br>Attn: Revenue collection<br>820 West Broadway<br>Louisville, KY 40202<br>Email: Revenue_collection@lge-ku.com<br>Fax 502-627-2946 | Electricity/gas | $600 | $1,200 | $0 |
| Republic Services<br>11563 Mosteller Rd,<br>Cincinnati, OH 45241 | Waste removal | $400 | $400 | $0 |
| Duke Energy<br>PO Box 1094<br>Charlotte, NC 28201-1094 | Electricity | | | |
| Sprint<br>Office of Privacy—Legal Department,<br>Sprint, P.O. Box 4600<br>Reston, VA 20195 | Telephone/internet | $1,500 | $3,000 | $0 |
| Spectrum<br>Charter Communications Oper., LLC ATTN: Comml Contracts Management Corporate - Legal Operations 12405 Powerscourt Drive St. Louis, MO 63131 | Telephone/internet | $200 | $400 | $0 |
| Waste Management<br>PO Box 9001054<br>Louisville, KY 40290 | Waste removal | | Unknown | TBD |
| DTE Energy<br>PO Box 70726<br>Cincinnati, OH 45274 | Electricity | | Unknown | TBD |