UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

CASE NO. 23-31622
CHAPTER 11

DEBTOR

### ORDER AUTHORIZING DEBTOR TO PAY AND HONOR PREPETITION WAGES, SUBCONTRACTORS AND RELATED ITEMS

This matter having come on for hearing upon the Debtor's Expedited Motion for an Order (A) authorizing the Debtor to pay and honor prepetition wages, benefits and related items; (B) authorizing the Debtor to pay independent subcontractors; and (C) authorizing financial institutions to honor and process transfers related to said obligations (the "Payroll Motion"); and the Court being sufficiently advised and having considered same, and it appearing that the relief requested is essential to the continued operation of the Debtor's business and the Debtor's ability to reorganize and is in the best interest of the Estate, the creditors, and the Employees (as that term is defined in the Payroll Motion); it appearing that proper notice of hearing on the Payroll Motion was given; it further appearing that no objections having been filed or any timely objections are hereby being overruled; and the Court being otherwise sufficiently advised and having considered same, and finding shortened notice to be warranted,

**IT IS HEREBY ORDERED** as follows:

1. The Payroll Motion is GRANTED.

2. The Debtor is authorized to pay its July 21, 2023 payroll in the ordinary course of business.

3. The Debtor is authorized to withhold and remit all costs incident to its July 21, 2023 payroll including, but not limited to, those amounts withheld from Employee checks for wage garnishments, payroll-related taxes, accrued vacation/sick pay, and employee benefit plan amounts. The Debtor is also authorized to pay its share of any of the foregoing including making its July premium payment for health, and disability insurance, and a 401(k) retirement fund and any amounts owed for its share of taxes related to the July 21, 2023 payroll.

4. The Debtor is also authorized to either pay or remit payment to employee benefit providers including, but not limited to, health, dental and vision insurance, life insurance, and 401(k) retirement fund payments.

5. The Debtor is also authorized to make the Subcontractor Payments in the ordinary course of business.

6. All payments to Employees made by the Debtor pursuant to the foregoing authority are subject to the $15,150 per employee limit imposed by 11 U.S.C. § 507.

7. Nothing herein shall be construed as an assumption of any prepetition contract with an Employee, Subcontractor or with any benefit plan provider.

8. The bank where the Debtor maintains its payroll account is directed to honor checks or ACH transfers presented postpetition for the types of payments described above, including, but not limited to, all compensation and withheld amount checks.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION
(UNDER PENDING APPLICATION)