## Cair Heating and Cooling, LLC Estimated 30-day Budget

| | Week Ending 7/21 | Week Ending 7/29 | Week Ending 8/4 | Week Ending 8/11 | Total |
|---|---|---|---|---|---|
| Estimated Gross Income | 400,000 | 400,000 | 400,000 | 400,000 | 1,600,000 |
| | | | | | |
| **Estimated Expenses** | | | | | |
| Net employee payroll | 125,000 | 125,000 | 125,000 | 125,000 | 625,000 |
| Payroll taxes | 25,000 | 25,000 | 25,000 | 25,000 | 100,000 |
| Unemployment taxes | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
| Worker's compensation | 5,250 | 5,250 | 5,250 | 5,250 | 21,000 |
| sub contractors | 70,000 | 70,000 | 70,000 | 70,000 | 280,000 |
| Inventory purchases | 65,000 | 65,000 | 65,000 | 65,000 | 260,000 |
| Rent | 5,065 | 5,065 | 5,065 | 5,065 | 20,260 |
| Utilities | 1,600 | 1,600 | 1,600 | 1,600 | 6,400 |
| Office expenses and supplies | 500 | 500 | 500 | 500 | 2,000 |
| Repairs and maintenance | 1,800 | 1,800 | 1,800 | 1,800 | 7,200 |
| Gas | 11,250 | 11,250 | 11,250 | 11,250 | 45,000 |
| Sub travel | 8,000 | 8,000 | 8,000 | 8,000 | 32,000 |
| Equipment rental and leases | 3,500 | 3,500 | 3,500 | 3,500 | 14,000 |
| Legal fees | 3,500 | 3,500 | 3,500 | 3,500 | 14,000 |
| Accounting fees | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
| Insurance | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| Employee benefits (e.g., pension, medical, etc.) | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| US Trustee Fees | | | | | 0 |
| Supply house COD and HD | 3,500 | 3,500 | 3,500 | 3,500 | 14,000 |
| Total expenses | $344,965 | $344,965 | $344,965 | $344,965 | $1,379,860 |
| | | | | | |
| **Estimated Net Income** | **$55,035.000** | **$55,035.000** | **$55,035.000** | **$55,035.000** | **$220,140.000** |