UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

DEBTOR

CASE NO. 23-31622
CHAPTER 11

## ORDER AUTHORIZING EMPLOYMENT OF
## DELCOTTO LAW GROUP PLLC AS COUNSEL FOR DEBTOR

Upon the Application (the "Application") of the Debtor for authority to employ and retain the law firm DelCotto Law Group PLLC ("DLG" or "Firm") as its counsel to render necessary legal services to the Debtor effective as of the Petition Date[1]; and upon the Declaration of Dean A. Langdon, Esq. of the Firm; no creditor or other party in interest having filed any objection to the Application within the time allowed pursuant to notice in the Application; it appearing that adequate notice of the Application was given; and the Court being satisfied that DLG's employment is necessary and is in the best interest of the Estate;

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved.

2. Pursuant to 11 U.S.C. §§ 327(a) and 328(a), the Debtor is hereby authorized to employ and retain the law firm of DLG, on the terms set forth in the Application, to render necessary legal services and represent the Debtor from the Petition Date through the pendency of this Chapter 11 case;

---

[1] All capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

1

3. DLG is authorized to hold the balance of its retainer ($9,720.50) and other fees which may be deposited pursuant to cash collateral orders or agreement with the Debtor in its escrow account pending proper application to the Court for approval of fees and expenses as may be incurred in this case.

4. This is a final Order.

Order Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION