UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

CASE NO. 23-31622
CHAPTER 11

DEBTOR

**ORDER GRANTING EMERGENCY MOTION TO HEAR
CERTAIN FIRST DAY MOTIONS AND APPLICATIONS**

This matter having come before the Court upon Debtor's Emergency Motion for Order Convening Expedited Hearings on Certain First Day Motions and Applications (the "Emergency Motion"); the Court having determined that granting the relief requested in the Emergency Motion is in the best interests of Debtor, its estate, and creditors; notice having been given, and considering also the circumstances and nature of the relief requested, it appearing that no other notice of the Emergency Motion and the relief requested therein need be given; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Emergency Motion is granted in its entirety;

IT IS FURTHER ORDERED that an expedited hearing on the First Day Motions is hereby set for July __, 2023, at 11:00 a.m. Eastern Time, in Courtroom 3, 5th Floor, 601 West Broadway, Louisville, Kentucky 40202; and

IT IS FURTHER ORDERED that service of notice of the filing of the First Day Motions and the expedited hearing thereon on except for parties receiving notice through ECF, mailed, emailed, or faxed to (1) all secured creditors who are not represented by counsel; (2) all counsel of record for parties in interest; (3) the U.S. Trustee; (4) the Debtor's 20 Largest Unsecured Creditors as designated in the Debtor's Petition; (5) all governmental units having claims; and

(6) all persons who filed a request to receive such notices is deemed to be sufficient and adequate notice under the circumstances and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules of the Western District of Kentucky.

      IT IS SO ORDERED.

Order tendered by:

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION
(UNDER PENDING APPLICATION)