UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

CASE NO. 23-31622
CHAPTER 11

DEBTOR

## CERTIFICATE OF SERVICE

In addition to the parties who were served electronically by the Court's ECF System, the undersigned certifies that true and accurate copy of the Order Granting Emergency Motion to Hear Certain First Day Motions and Applications [ECF No. 21] entered by the Court on July 17, 2023, was served via first-class U.S. mail, postage prepaid or electronic mail, on July 17, 2023, upon the proposed Master Service List and the utility providers listed below:

LG&E
Attn: Revenue collection
820 West Broadway
Louisville, KY 40202
Email: Revenue_collection@lge-ku.com
Fax 502-627-2946
Email: Revenue_collection@lge-ku.com

Republic Services
11563 Mosteller Rd
Cincinnati, OH 45241

Duke Energy
PO Box 1094
Charlotte, NC 28201-1094

Sprint
Office of Privacy—Legal Department Sprint
P.O. Box 4600
Reston, VA 20195

Spectrum
Charter Communications Oper., LLC
ATTN: Comml Contracts Management Corporate –
Legal Operations
12405 Powerscourt Drive
St. Louis, MO 63131

Waste Management
PO Box 9001054
Louisville, KY 40290

DTE Energy
PO Box 70726
Cincinnati, OH 45274

                Respectfully submitted,

                DELCOTTO LAW GROUP PLLC

                /s/ Dean A. Langdon
                KY Bar No. 40104
                200 North Upper Street
                Lexington, KY  40507
                Telephone: (859) 231-5800
                Facsimile: (859) 281-1179
                dlangdon@dlgfirm.com
                COUNSEL FOR DEBTOR
                AND DEBTOR IN POSSESSION
                (UNDER PENDING APPLICATION)