UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CASE NO. 23-31622

CAIR HEATING AND COOLING, LLC      CHAPTER 11

    DEBTOR

**NOTICE OF FILING OF EVIDENCE OF LIENS IN CASH COLLATERAL**

    Comes Cair Heating and Cooling, LLC, as a debtor and debtor in possession, by counsel, and hereby files preliminary evidence of potential liens in the Debtor's cash collateral. Cumulatively attached as <u>Exhibit A</u> are copies of the UCC-1 financing statements filed with the Kentucky Secretary of State by or on behalf of Daikin Comfort Technologies Distribution, Inc.; Goodman Distribution Inc.; the U.S. Small Business Administration; On Deck Capital, LLC; Rocket Capital NY, LLC, TVT 2.0, LLC and Cucumber Capital, LLC. The filing of this Notice should in no way be construed as an admission that any of the asserted liens a) encumber cash collateral; or b) constitute a valid and/or perfected lien.

    Respectfully submitted,

    DELCOTTO LAW GROUP PLLC

    /s/ *Dean A. Langdon*
    Dean A. Langdon, Esq.
    KY Bar No. 40104
    200 North Upper Street
    Lexington, KY 40507
    Telephone: (859) 231-5800
    Facsimile: (859) 281-1179
    dlangdon@dlgfirm.com
    COUNSEL FOR DEBTOR
    AND DEBTOR IN POSSESSION
    (UNDER PENDING APPLICATION)

## **CERTIFICATE OF SERVICE**

This document has been electronically filed and served via the Court's ECF System on July 18, 2023.

                                                            /s/ *Dean A. Langdon*  
                                                          COUNSEL FOR DEBTOR  
                                                          AND DEBTOR IN POSSESSION  
                                                          (UNDER PENDING APPLICATION)