# EXHIBIT A

## UCC FINANCING STATEMENT

Name and address of filer:

NCS UCC SERVICES GROUP
PO BOX 24101
CLEVELAND, OH 44124

**2022-3223211-80.01**
Kentucky Secretary of State
File Date  8/3/2022 12:37:56 PM
Status  Active
Fee  $5.00

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

### DEBTOR'S EXACT FULL LEGAL NAME

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Cair Heating and Cooling LLC | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS 1821 Cargo Ct | CITY Louisville | KY POSTAL CODE 40299 | COUNTRY |

### SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Daikin Comfort Technologies Distribution, Inc. | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS 19001 Kermier Road | CITY Waller | TX POSTAL CODE 77484 | COUNTRY |

4. This FINANCING STATEMENT covers the following collateral:

**To secure payment and performance of all debts, obligations and liabilities of Applicant to Creditors, of whatever kind or nature, and whether incurred now, previously or in the future, including without limitation Applicant's obligation to pay for merchandise purchased from one or more of the Creditors, Applicant hereby grants Creditors a continuing first priority security interest in all inventory (including goods held for sale, lease or resale, goods provided or to be provided to third parties under contracts of lease, consignment or service, and spare or replacement parts) and equipment sold or provided, or to be sold or provided, to Applicant by any of the Creditors, and in all returns, repossessions, substitutions, attachments and accessions thereto or thereof, and in all proceeds and products of the foregoing, including without limitation accounts, instruments, cash and chattel paper, wherever located, and whether now owned or hereafter acquired or arising (collectively, the "Collateral").**

# UCC FINANCING STATEMENT

Name and address of filer:

NCS UCC Services Group
PO Box 24101
Clevleand, OH 44124

**2020-3091669-58.01**
Kentucky Secretary of State
File Date 6/29/2020 4:20:59 PM
Status Active
Fee $5.00

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

## DEBTOR'S EXACT FULL LEGAL NAME

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Cair Heating and Cooling LLC | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| 1821 Cargo Ct. | Louisville | KY 40299 | |

## SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Goodman Distribution, Inc. | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| 19001 Kermier Rd. | Waller | TX 77484 | |

4. This FINANCING STATEMENT covers the following collateral:

**To secure payment and performance of all debts, obligations and liabilities of Applicant to Creditors, of whatever kind or nature, and whether incurred now, previously, or in the future, including without limitation Applicant's obligation to pay for merchandise purchased from one or more of the Creditors, Applicant hereby grants Creditors, a continuing first priority security interest in all inventory (including goods held for sale, lease or resale, goods provided or to be provided to third parties under contracts of lease, consignment or service, and spare or replacement parts) and equipment sold or provided, or to be sold or provided, to Applicant by any of the Creditors, and in all returns, repossessions, substitutions, attachments and accessions thereto or thereof, and in all proceeds and products of the foregoing, including without limitation accounts, instruments, cash and chattel paper, wherever located, and whether now owned or hereafter acquired or arising (collectively, the "Collateral").**

# UCC FINANCING STATEMENT

**2020-3097445-76.01**
Kentucky Secretary of State
File Date 7/13/2020 6:48:17 PM
Status Active
Fee $5.00

Name and address of filer:

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

| DEBTOR'S EXACT FULL LEGAL NAME | | | |
|---|---|---|---|
| a. ORGANIZATION'S NAME<br>cair heating and cooling | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS<br>1821 cargo ct | CITY<br>louisville | KY  POSTAL CODE  40299 | COUNTRY<br>USA |

| SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) | | | |
|---|---|---|---|
| a. ORGANIZATION'S NAME<br>U.S. Small Business Administration | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS<br>2 North Street, Suite 320 | CITY<br>Birmingham | AL  POSTAL CODE  35203 | COUNTRY<br>USA |

4. This FINANCING STATEMENT covers the following collateral:

**All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.**

**312090 8009**

# UCC FINANCING STATEMENT

Name and address of filer:

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

**2022-3243615-80.01**
Kentucky Secretary of State
File Date 12/22/2022 9:06:55 AM
Status Active
Fee $5.00

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

## DEBTOR'S EXACT FULL LEGAL NAME

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **CAIR HEATING AND COOLING LLC** | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS **1821 Cargo Ct** | CITY **Louisville** | **KY** POSTAL CODE **40299** | COUNTRY **USA** |

## SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **CSC, AS REPRESENTATIVE** | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS **P.O. BOX 2576** | CITY **Springfield** | **IL** POSTAL CODE **62708** | COUNTRY **USA** |

4. This FINANCING STATEMENT covers the following collateral:

**Security Interest in and to all of Merchant's present and future accounts, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment, inventory wherever located, and proceeds now or hereafter owned or acquired by Merchant**

**UCC FINANCING STATEMENT**

**2023-3261383-73.01**
Kentucky Secretary of State
File Date  5/1/2023 5:12:21 PM
Status     Active
Fee        $5.00

Name and address of filer:

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

### DEBTOR'S EXACT FULL LEGAL NAME

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CAIR HEATING AND COOLING LLC | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| 1821 Cargo Ct | Louisville   KY | 40299 | USA |

### DEBTOR'S EXACT FULL LEGAL NAME

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| CLAPP | KEVIN | L | |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| 2310 Running Brook Trail | Fisherville   KY | 40023 | USA |

### SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| PO BOX 2576 UCCSPREP@cscinfo.com | Springfield   IL | 62708 | USA |

4. This FINANCING STATEMENT covers the following collateral:

Accounts receivables and proceeds therefrom

[redacted]

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Name: Wolters Kluwer Lien Solutions Phone: 800-331-3282 Fax: 818-662-4141 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| uccfilingreturn@wolterskluwer.com |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)    25426 - ACH Capital UT

```
┌─────────────────────────────┐
│ Lien Solutions              │    92611679
│ P.O. Box 29071              │
│ Glendale, CA  91209-9071    │    KYKY
│                             │
└─────────────────────────────┘
```

File with: Secretary of State, KY

**2023-3260779-31.01**
Michael G. Adams
**Kentucky Secretary of State**
File Date   4/27/2023 4:30:00 PM
Status      Active
Fee         $10.00
Filer       mmullins

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CAIR HEATING AND COOLING LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1821 Cargo Court | Louisville | KY | 40299 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| C T Corporation System, as representative | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 330 N Brand Blvd, Suite 700; Attn: SPRS | Glendale | CA | 91203 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
"Debtor and Secured Party also hereby agree that the security pledged by Debtor as collateral for the underlying obligation includes the following: All current assets of the Debtor as of the enforcement date of this Security Instrument, including but not limited to cash, accounts receivable, other receivables, equipment, inventory, along with all trade fixtures belonging to the Debtor; all inclusive of after acquired property."

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
92611679

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

# UCC FINANCING STATEMENT

**2023-3267624-17.01**
Kentucky Secretary of State
File Date  6/12/2023 9:55:45 AM
Status  Active
Fee  $5.00

Name and address of filer:

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

## DEBTOR'S EXACT FULL LEGAL NAME

| Field | Value |
|---|---|
| a. ORGANIZATION'S NAME | CAIR HEATING & COOLING LLC |
| b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | |
| SUFFIX | |
| c. MAILING ADDRESS | 1821 CARGO CT |
| CITY | LOUISVILLE |
| STATE | KY |
| POSTAL CODE | 40299 |
| COUNTRY | USA |

## DEBTOR'S EXACT FULL LEGAL NAME

| Field | Value |
|---|---|
| a. ORGANIZATION'S NAME | |
| b. INDIVIDUAL'S SURNAME | CLAPP |
| FIRST PERSONAL NAME | KEVIN LEE |
| ADDITIONAL NAME(S)/INITIAL(S) | |
| SUFFIX | |
| c. MAILING ADDRESS | 2310 Running Brook Trail |
| CITY | Louisville |
| STATE | KY |
| POSTAL CODE | 40023 |
| COUNTRY | USA |

## SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| Field | Value |
|---|---|
| a. ORGANIZATION'S NAME | Cucumber Capital, LLC |
| b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | |
| SUFFIX | |
| c. MAILING ADDRESS | 445 Central Ave |
| CITY | Cedarhurst, |
| STATE | NY |
| POSTAL CODE | 11516 |
| COUNTRY | USA |

4. This FINANCING STATEMENT covers the following collateral:

**Receivables- All assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts including but not limited to, credit card receivables; b. Chattel Paper; c.Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.**