Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
24 Greenway Plaza, Suite 2050
Houston, TX 77046
Tel: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
DAIKIN COMFORT TECHNOLOGIES
DISTRIBUTION, INC.

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CAIR HEATING AND COOLING, LLC, | § | CASE NO. 23-31622 |
| | § | (Ch 11) |
| | § | |
| DEBTORS. | § | |

### MOTION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE CHARLES R. MERRILL, U.S. BANKRUPTCY JUDGE:**

Jeff Carruth ("Applicant") of the firm Weycer, Kaplan, Pulaski & Zuber, P.C., moves this Court to grant admission to the United States Bankruptcy Court for the Western District of Kentucky pro hac vice to represent Daikin Comfort Technologies Distribution, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is presently a member in good standing with the Bar of the State of Texas. *See* **Exhibit D001**[1], Certificate of Good Standing.

2. Applicant is admitted to practice before the following federal courts: Fifth Circuit Court of Appeals; Arkansas Eastern District Court; Arkansas Eastern and Western Bankruptcy Court; Arkansas Western District Court; Illinois Central Bankruptcy Court; Illinois Central District Court; Oklahoma Eastern Bankruptcy Court; Oklahoma Eastern District Court; Oklahoma Northern Bankruptcy Court; Oklahoma Northern District Court; Oklahoma Western Bankruptcy Court; Oklahoma Western District Court; Texas Eastern Bankruptcy Court; Texas Eastern District Court; Texas Northern Bankruptcy Court;

---
[1] Applicant and WKPZ represent Daikin Comfort Technologies Distribution, Inc., and hence the Dxxx exhibit labels Daikin will label its exhibits consecutively throughout this case.

Texas Northern District Court; Texas Southern District/Bankruptcy Court; Texas Western Bankruptcy Court; and Texas Western District Court.

3. Applicant is presently a member in good standing of the bars and courts listed above, and is not currently suspended, disbarred, or subject to other disciplinary action in any other court, state, territory, or the District of Columbia.

4. Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Applicant has previously completed ECF training.

6. The $150 local fee has been paid.

7. A proposed form of order accompanies this Motion and is incorporated by reference herein.

WHEREFORE, Jeff Carruth, Applicant, of the firm Weycer, Kaplan, Pulaski & Zuber, P.C., respectfully requests admission to this Court for the above referenced case, pro hac vice. Applicant respectfully requests such other and further relief to which Applicant is entitled at law or in equity.

Dated: July 19, 2023

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN: 24001846)
24 Greenway Plaza, Suite 2050
Houston, TX 77046
Telephone: (713) 341-1158
Facsimile: (713) 961-5341
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
DAIKIN COMFORT TECHNOLOGIES
DISTRIBUTION, INC.

2361018.DOCX

## CERTIFICATE OF SERVICE

On July 19, 2023, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case.

*/s/ Jeff Carruth*
JEFF CARRUTH

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| CAIR HEATING AND COOLING, LLC, | § § § | CASE NO. 23-31622 (Ch 11) |
| DEBTORS. | § § | |

**ORDER GRANTING PRO HAC VICE OF JEFF CARRUTH FOR DAIKIN TECHNOLOGIES DISTRIBUTION, INC.**

On this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jeff Carruth, counsel for Daikin Technologies Distribution, Inc. and the Court having reviewed the motion, determines that cause exits to enter the following order.

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jeff Carruth of the firm Weycer, Kaplan, Pulaski & Zuber, P.C. may appear on behalf of Daikin Technologies Distribution, Inc. in the above case.

Dated: _____

_____
THE HONORABLE CHARLES R. MERRILL
U.S. BANKRUPTCY JUDGE



# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jeffery Dayne Carruth**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 7th day of November, 1997.

    I further certify that the records of this office show that, as of this date

**Jeffery Dayne Carruth**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 18th day of July, 2023.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 0092C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.