# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Cair Heating and<br>Cooling, LLC | Case No.:23−31622−crm |
| Debtor(s) | Chapter: 11<br>Judge: Charles R. Merrill |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Debtor's Expedited Motion to Establish Notice Procedures, Master Service List, and Grant Related Relief Filed by Debtor Cair Heating and Cooling, LLC. 6. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 8/8/2023 at 11:00 AM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. cc: sl and matrix (AMG)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 7/19/23

| | |
|---|---|
| | FOR THE COURT |
| By: AMG | Elizabeth H. Parks |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |