UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:

**CAIR HEATING AND COOLING, LLC**　　　　　CASE NO. **23-31622 (2)**

　　　　　　　　　　　　　　　　　　　　　CHAPTER 11

　　Debtor(s)

---

### ORDER FOR INITIAL CHAPTER 11 STATUS CONFERENCE

---

On July 14, 2023, the debtor filed this Chapter 11 case. Accordingly, pursuant to 11 U.S.C. § 105(d),

IT IS HEREBY ORDERED that a status conference shall be held on **August 8, 2023 at 11:00 a.m. (Eastern Time) in Courtroom #3, Fifth Floor, Gene Snyder Courthouse, 601 W. Broadway, Louisville, Kentucky.** The debtor-in-possession and the attorney for the debtor-in-possession shall appear.

At this conference, the following matters will be addressed:

(1) The appointment and fees of professionals.

(2) The obligations of the debtor-in-possession under Chapter 11.

(3) A deadline for filing a plan and/or disclosure statement.

(4) Any special issues in the case including, but not limited to, the appointment of a patient care ombudsman.

(5) Whether and when adversary proceedings might be filed.

(6) Cash collateral matters.

(7) A claims bar date.

(8) A deadline for motions to assume or reject under 11 U.S.C. § 365(d).

Creditors are invited, but not required, to attend.

The debtor's attorney shall <u>immediately</u> serve a copy of this order, without attachments, on the 20 largest creditors, all secured creditors, and the U.S. Trustee's Office. The debtor's attorney shall file a proof of service. The failure of the debtor to comply with terms of this order may result in dismissal.

*Charles R. Merrill*
Charles R. Merrill
United States Bankruptcy Judge

Dated: July 19, 2023