**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CAIR HEATING AND COOLING, LLC, | § | CASE NO. 23-31622 |
| | § | (Ch 11) |
| | § | |
| DEBTORS. | § | |

**ORDER GRANTING PRO HAC VICE OF JEFF CARRUTH FOR DAIKIN TECHNOLOGIES DISTRIBUTION, INC. (RE: DOCKET NO. 26)**

On this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jeff Carruth, counsel for Daikin Technologies Distribution, Inc. and the Court having reviewed the motion, determines that cause exits to enter the following order.

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jeff Carruth of the firm Weycer, Kaplan, Pulaski & Zuber, P.C. may appear on behalf of Daikin Technologies Distribution, Inc. in the above case.

Dated: _____

_____
THE HONORABLE CHARLES R. MERRILL
U.S. BANKRUPTCY JUDGE

Submitted by:

Jeff Carruth (TX SBN: 24001846)
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR DAIKIN TECHNOLOGIES
DISTRIBUTION, INC.