UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

CASE NO. 23-31622
CHAPTER 11

DEBTOR

### ORDER AUTHORIZING EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

This matter having come before the Court upon the Debtor's Motion for an Extension of Time to File Schedules and Statement of Financial Affairs (the "Motion") and it appearing that proper notice of the Motion was given; and the Court having reviewed the record and being otherwise sufficiently advised and having considered same,

**IT IS HEREBY ORDERED** that Debtor be and is hereby GRANTED an extension of time to file its Schedules and Statement of Financial Affairs up to and including August 11, 2023.

Charles R. Merrill
United States Bankruptcy Judge
Dated: July 28, 2023

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR AND
DEBTOR IN POSSESSION