Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
24 Greenway Plaza, Suite 2050
Houston, TX 77046
Tel: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
DAIKIN COMFORT TECHNOLOGIES
DISTRIBUTION, INC.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CAIR HEATING AND COOLING, LLC, | § | CASE NO. 23-31622 |
| | § | (Ch 11) |
| | § | |
| DEBTOR. | § | |

**MOTION TO APPEAR AT AUGUST 8, 2023 HEARING REMOTELY**

**TO THE HONORABLE CHARLES R. MERRILL, U.S. BANKRUPTCY JUDGE:**

Daikin Comfort Technologies Distribution, Inc., secured creditor and party in interest ("Daikin") files this *Motion to Appear at August 8, 2023 Hearing Remotely* (the "Motion"), and in support thereof would show to the Court the following.

1. Counsel for Daikin requests permission to appear at the hearing scheduled for August 8, 2023 via WebEx or audio.

2. Counsel for Daikin may appear in person, but due to scheduling and/or travel constraints, Daikin makes this request to appear by video and/or audio.

3. Appearance by video and/or phone would also reduce expenses.

4. A proposed form of order accompanies this Motion and is incorporated by reference herein.

WHEREFORE, Daikin Comfort Technologies Distribution, Inc., creditor and party in interest, respectfully requests that the Court grant the request to appear remotely as set forth above. Creditor respectfully requests such other and further relief to which Creditor is entitled at law or in equity.

Dated: August 1, 2023

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _/s/ Jeff Carruth*_
 JEFF CARRUTH (TX SBN: 24001846)
 24 Greenway Plaza, Suite 2050
 Houston, TX 77046
 Telephone: (713) 341-1158
 Facsimile: (713) 961-5341
 E-mail:  jcarruth@wkpz.com

ATTORNEYS FOR
DAIKIN COMFORT TECHNOLOGIES
DISTRIBUTION, INC.

*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

On August 1, 2023, I hereby certify that a true and correct copy of the foregoing document was served upon all registered ECF users who have appeared in this case.

_/s/ Jeff Carruth_
JEFF CARRUTH

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRIT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CAIR HEATING AND COOLING, LLC, | § § § | CASE NO. 23-31622 (Ch 11) |
| DEBTORS. | § | |

**ORDER GRANTING MOTION TO APPEAR REMOTELY AT AUGUST 8, 2023 HEARING (RE: DOCKET NO. 73)**

On this day, there was presented to the Court the *Motion to Appear Remotely at August 8, 2023 Hearing* (Docket No. 73) (the "Motion to Appear") filed by Daikin Technologies Distribution, Inc. and the Court having reviewed the motion, determines that cause exits to enter the following order.

IT IS ORDERED that the Motion to Appear is GRANTED, and Jeff Carruth of the firm Weycer, Kaplan, Pulaski & Zuber, P.C. may appear on behalf of Daikin Technologies Distribution, Inc. in the above case via video and/or audio as the Court directs.

Dated: _____

_____
THE HONORABLE CHARLES R. MERRILL
U.S. BANKRUPTCY JUDGE

Submitted by:
Jeff Carruth (TX SBN: 24001846)
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com
ATTORNEYS FOR DAIKIN TECHNOLOGIES
DISTRIBUTION, INC.