UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CASE NO. 23-31622

CAIR HEATING AND COOLING, LLC                                    CHAPTER 11

## AGREED ORDER GRANTING, IN PART, MOTION TO REJECT CERTAIN UNEXPIRED CONTRACTS AND GRANTING PARTIAL STAY RELIEF

Upon agreement of the Debtor, Cair Heating and Cooling, LLC ("Debtor") and interested party, Whittenberg Construction Company ("Whittenberg"), and the Court hearing no objection to same, IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Debtor's Motion for an Order (A) Authorizing the Debtor's Rejection of Certain Unexpired Contracts as of the Date of this Motion and (B) Establishing Deadline for Assertion of Claims Arising from Such Rejections (Doc. 62) is hereby granted, in part, as respects the contract between the Debtor and Whittenberg identified as Agreement SC-0598-002 dated March 2, 2022 (listed as No. 4 on Exhibit A to the Motion and referenced herein as "the Whittenberg/Cair Contract").

2.      The Whittenberg/Cair Contract is rejected as of July 27, 2023 and the Debtor shall have no further right or obligation to perform said contract.

3.      Whittenberg shall assert any claim which it may have arising from the rejection of the Whittenberg/Cair Contract no later than sixty (60) days after entry of this Order.

IT IS FURTHER ORDERED that Whittenberg is granted a partial relief from the automatic stay in order to assert a setoff, pursuant to 11 U.S.C. §553(a), against funds currently owed or which may be owed in the future by Whittenberg on account of work performed by Cair Heating and Cooling, LLC on or before July 27, 2023 for the purpose of completing obligations assumed

by Cair Heating and Cooling, LLC under the Whittenberg/Cair Contract, including payment for labor, materials and equipment furnished to the project pre-petition for which payment was not made by Cair Heating and Cooling, LLC; provided, however, that, within ten (10) days of the payment of any obligation for which Whittenberg is asserting a setoff, Whittenberg shall furnish to counsel for the Debtor, a statement of the amount paid and the amount of setoff claimed. The Court finds that the stay set forth in Fed. R. Bankr. P. 4001(a)(3) and 4002(d)(2) is waived and this Agreed Order is effective immediately.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

Agreed to; To be entered:

/s/ *Thomas E. Roma, Jr.*
Thomas E. Roma, Jr., Esq.
Manion Stigger LLP
500 West Jefferson St., Ste. 1610
Louisville, KY 40202
Telephone: (502) 244-4994
Facsimile: (502) 244-4744
troma@manionstigger.com
COUNSEL FOR WHITTENBERG CONSTRUCTION CO.

2