**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRIT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| CAIR HEATING AND COOLING, LLC, | § § § | CASE NO. 23-31622 (Ch 11) |
| DEBTORS. | § | |

**ORDER GRANTING MOTION TO APPEAR REMOTELY AT AUGUST 8, 2023 HEARING (RE: DOCKET NO. 73)**

On this day, there was presented to the Court the *Motion to Appear Remotely at August 8, 2023 Hearing* (Docket No. 73) (the "Motion to Appear") filed by Daikin Technologies Distribution, Inc. and the Court having reviewed the motion, determines that cause exits to enter the following order.

IT IS ORDERED that the Motion to Appear is GRANTED, and Jeff Carruth of the firm Weycer, Kaplan, Pulaski & Zuber, P.C. may appear on behalf of Daikin Technologies Distribution, Inc. in the above case via video and/or audio as the Court directs. **Counsel should contact the Court by calling 1-888-684-8852  Access code  6165472   and use the prompt to by-pass the security code.**

Dated: _____

modified by K. Goss on 8/4/23

_____
THE HONORABLE CHARLES R. MERRILL
U.S. BANKRUPTCY JUDGE

Submitted by:
Jeff Carruth (TX SBN: 24001846)
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com
ATTORNEYS FOR DAIKIN TECHNOLOGIES DISTRIBUTION, INC.