UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

CASE NO. 23-31622
CHAPTER 11

DEBTOR

**NOTICE OF FILING UPDATED BUDGET PURSUANT TO
INTERIM CASH COLLATERAL ORDER**

Comes Cair Heating and Cooling, LLC (the "Debtor"), by counsel, and pursuant to paragraph 7 of the Order for Interim Use of Cash Collateral and Authorizing and Directing the Payment of Outstanding Accounts Receivable to the Debtor [ECF No. 41], hereby gives notice of the filing of its proposed Budget for the period from August 11 through September 8, 2023.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR AND
DEBTOR IN POSSESSION

**CERTIFICATE OF SERVICE**

This document has been electronically filed and served via the Court's ECF System on August 7, 2023.

/s/ Dean A. Langdon, Esq.
COUNSEL FOR DEBTOR AND
DEBTOR IN POSSESSION

## Cair Heating and Cooling, LLC Estimated 30-day Budget

|  | Week Ending 8/18 | Week Ending 8/25 | Week Ending 9/1 | Week Ending 9/8 | Total |
|---|---:|---:|---:|---:|---:|
| Estimated Gross Income | 325,000 | 330,000 | 340,000 | 340,000 | 1,335,000 |
| | | | | | |
| **Estimated Expenses** | | | | | |
|     Net employee payroll | 114,899 | 109,930 | 98,728 | 90,000 | 538,557 |
|     Payroll taxes | 31,826 | 28,678 | 25,430 | 25,000 | 110,934 |
|     Unemployment taxes | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
|     Worker's compensation | 5,250 | 5,250 | 5,250 | 5,250 | 21,000 |
|     sub contractors | 70,000 | 70,000 | 70,000 | 70,000 | 280,000 |
|     Inventory purchases | 65,000 | 65,000 | 65,000 | 65,000 | 260,000 |
|     Rent | 5,065 | 5,065 | 5,065 | 5,065 | 20,260 |
|     Utilities | 1,600 | 1,600 | 1,200 | 1,200 | 5,600 |
|     Office expenses and supplies | 500 | 500 | 500 | 500 | 2,000 |
|     Repairs and maintenance | 0 | 900 | 0 | 0 | 900 |
|     Gas | 6,500 | 6,500 | 6,500 | 6,500 | 26,000 |
|     Sub travel | 8,000 | 8,000 | 8,000 | 8,000 | 32,000 |
|     Equipment rental and leases | 2,000 | 2,000 | 2,000 | 200 | 6,200 |
|     Legal fees | 3,500 | 3,500 | 3,500 | 3,500 | 14,000 |
|     Accounting fees | 2,000 | 2,000 | 2,000 | 0 | 6,000 |
|     Insurance | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
|     Employee benefits (e.g., pension, medical, etc.) | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
|     US Trustee Fees | | | | 11,000 | 11,000 |
|     Supply house COD and HD | 3,500 | 3,500 | 3,500 | 3,500 | 14,000 |
| Total expenses | $332,641 | $325,422 | $309,674 | $307,715 | $1,275,452 |
| | | | | | |
| **Estimated Net Income** | **($7,640.730)** | **$4,577.730** | **$30,326.190** | **$32,285.000** | **$59,548.190** |