# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Cair Heating and Cooling, LLC<br><br>Debtor(s) | Case No.:23−31622−crm<br><br>Chapter: 11<br>Judge: Charles R. Merrill |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to continue hearing held on September 12, 2023, regarding continued use of Cash Collateral and Authorizing and Directing the Payment of Outstanding Accounts Receivable to the Debtor Filed by Debtor Cair Heating and Cooling, LLC.9 , so ORDERED by /s/ Judge Merrill. Hearing continued for 9/26/2023 at 11:00 AM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. Counsel for the Debtor to file interim order within seven (7) days from the date of this entry. (AMG)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 9/12/23

By: AMG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court