UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

                                                                                CASE NO. 23-31622

CAIR HEATING AND COOLING, LLC                CHAPTER 11

      DEBTOR

## AMENDMENT TO SCHEDULES

**INSTRUCTIONS:**

1. Check applicable boxes below and describe details of amendment in box provided.
2. **For amendments to schedules other than D or E/F**, it is acceptable to check the box on this form, type a brief description in the box for details and attach a new schedule. ANY CHANGES to D, E/F or the mailing matrix must be made using the format on Page 2 of this form; if amendment does not comply, it may be stricken.
3. Debtor may use this form to amend the Social Security Number but amendments to the Social Security Number must be filed separately from other amendments (and if filed electronically, using the separate event for Amendment to Social Security Number).

**CHECK THE APPLICABLE BOXES BELOW:**

- ☐ **Amendment to Petition:**
  ☐ Name ☐ Address ☐ Alias ☐ Social Security Number
- ☐ **Statement of Financial Affairs**
- ☐ **Statement of Intention**
- ☐ **Schedule A/B**
- ☐ **Schedule C**
- ☒ **Schedule D or ☒ Schedule E/F**
  ☒ Delete creditors or change amount or classification of debt **- Fee Required,** or
  ☐ Change address of a creditor listed on the schedules – **No Fee Required**
- ☐ **Schedule G**
- ☐ **Schedule H**
- ☐ **Schedule I**
- ☐ **Schedule J**
- ☒ **Other Document Included with Schedules, e.g., Disclosure of Compensation of Attorney**

Amended Matrix

**Additional Details of Amendment (attach separate page if needed):**

 

**AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this document and any attached schedules or documents, and that they are true and correct to the best of my knowledge, information and belief.

DATE: ____9/23/23_____        SIGNATURE: __/s/ Kevin Clapp_____
                                                                     Kevin Clapp, President

**Name(s) of Debtor(s): CAIR HEATING AND COOLING, LLC**
**Case Number: 23-31622**

## CORRECTIONS TO SCHEDULES D, E/F AND/OR THE CREDITORS MATRIX

**INSTRUCTIONS:**

1. For all changes, the schedule on which creditor is/will be listed should be noted.
2. Each creditor or list of creditors should indicate whether creditors are being added, deleted, or modified in another way, e.g., "change amount to _____," or "move creditor from D to E/F." For added or deleted creditors, the full name and address of the creditor should be listed.

**DELETE FROM SCHEDULE D:**

Huntington Bank
17 S. High St
Columbus, OH 43215

**DELETE FROM SCHEDULE F:**

Mr. Transmission
3014 Hunsinger Ln
Louisville, KY 40220

The Home Depot
2455 Paces Ferry Road
Atlanta, GA 30339-1834

WEX, Inc.
1 Hancock St.
Portland, ME 04106

3. For creditors whose addresses are being corrected, the current address of the creditor on file with the Court and the new one should both be listed and labeled appropriately so the Court can update the correct creditor.

**If the amendment lists you as a creditor, please refer to Fed.R.Bank.P. 3002 for required procedures and time frames for filing a proof of claim.**

**FOR ADDITIONAL CHANGES TO SCHEDULES D, E/F AND/OR THE CREDITORS MATRIX, INSERT A NEW PAGE AND CONTINUE**

Local Form B

**ADD TO MATRIX**:

Air Equipment Co.
1701 Payne Street
Louisville, KY 40203

American Strategic Insurance
P.O. Box 33018
St. Petersburg, FL 33733

American United Life Ins. Co.
PO Box 368
Indianapolis, IN 46206

American Express
PO Box 96009
Los Angeles, CA 90096

Art's Rental
215 East 6th Street
Newport, KY 41071

B.C. Drywall, Inc.
20513 Nicholas Circle #1
Elkhorn, NE 68022

Best Access Doors
228 Park Avenue South #76520
New York, NY 10003-1502

Campell County Planning & Zoning
1098 Monmouth St. Ste. 343
Newport, KY 41071

Capital One
6125 Lakeview Rd Suite 800
Charlotte, NC 28269

Cargo Commons, LLC
4010 Dupont Cir., Ste 700
Louisville, KY 40207

**ADD TO MATRIX**:

Champion Crane
1136 NE 44th Ave
Des Moines, IA 50313

Chase Auto
PO Box 701076
Fort Worth, TX 76101

Dixie Motors
4991 Dixie Hwy
Fairfield, OH 45014

Federated Insurance
2000 Technology Dr.
Mankato MN 56001

Ground Penetration Radar System
HCC Construction, LLC
35 N. Fourth St., Ste. 100
Columbus, OH 43215

HCC Construction, LLC
35 N. Fourth St., Ste. 100
Columbus, OH 43215

HCC LLC
12911 Reamers Road
Louisville, KY 40245

Koch Air
PO Box 636092
Cincinnati, OH 45263-6092

Lee Supply Corp.
6610 Guion Road
Indianapolis, IN 46268

**ADD TO MATRIX**:

Louisville Metro Revenue Commn
Attn: Legal Division
PO Box 32060
Louisville, KY 40232-2060

Lynn Imaging
PO Box 519
Lexington, KY 40588-0519

Omniduct
6400 Artesia Blvd.
Buena Park, CA 90620

Phipps Reprographics
6920 Plainfield Road
Cincinnati, OH 45236-0172

Plumbers Supply
950 E. Market St.
Louisville, KY 40206

PYE Barker Fyre & Safety
PO Box 735358
Dallas, TX 75373-5358

Shape Manufacturing
1987 South Park Rd.
Louisville, KY 40219

SPI, LLC
PO Box 841166
Dallas, TX 75284-1166

Stericycle
28883 Network Place
Chicago, IL 60673-1288

Steve Carlton Construction
1103 Bryden Ave
Lewiston, ID 83501

**ADD TO MATRIX**:

TDK Construction Co., Inc.
1610 S. Church St. Ste C
Murfreesboro, TN 37130

Whittenberg Construction Co.
4774 Allmond Ave.
Louisville, KY 40209

Wright Insulation
1442 Olive Street
Louisville, KY 40210

Zupin Crane
325 Oak Grove St
Manistee, MI  49660


**DELETE:**

Mike Albert Leasing
PO Box 643057
Cincinnati, OH 45264

Mobile Mini, Inc.
4646 E. Van Burn St, Suite 400
Phoenix, AZ 85008

The Annex Group
c/o Angela Mendenhall, General Counsel
409 Massachusetts Ave, Ste 300
Indianapolis, IN 46204

**CORRECT ADDRESS:**

| | | |
|---|---|---|
| Cedar West Storage<br>2850 16th Ave SW<br>Cedar Rapids, IA 52404 | TO | Cedar West Storage<br>3525 Center Pint Rd. NE, Ste. B<br>Cedar Rapids IA 52402 |
| Indiana Department of Revenue<br>PO Box 7222<br>Indianapolis, IN 46207-7222 | TO | Indiana Department of Revenue<br>100 N. Senate Ave, N-240 MS 108<br>Indianapolis, IN 46204 |
| Ohio Department of Revenue<br>Tax Commissioner's Office<br>Bankruptcy Division<br>4485 Northland Ridge Blvd.<br>Columbus, OH 43229 | TO | Ohio Department of Revenue<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 |
| Waste Management<br>PO Box 9001054<br>Louisville, KY 40290 | TO | Waste Management<br>444 S 5th Street<br>Louisville, KY 40202 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

                                                                         CASE NO. 23-31622

CAIR HEATING AND COOLING, LLC             CHAPTER 11

       DEBTOR

## CERTIFICATE OF SERVICE AND
## NOTICE OF AMENDMENT TO SCHEDULES

**INSTRUCTIONS:**

1. Debtor or debtor's attorney should complete and file the certificate of service with a complete list of all parties and creditors served.
2. Debtor or debtor's attorney must serve the amendment on all affected parties and creditors, e.g., any added or modified creditors, the trustee, and/or other parties listed on or affected by the amendment. Parties who receive electronic service such as the trustee and U.S. Trustee should be listed on the certificate of service but it is not necessary to serve a copy by mail on these parties.
3. Any added creditor or creditor for whom a new address is being filed must be sent a copy of the Notice of Bankruptcy Case (Official Form 309 – All Chapters) and a copy of the Chapter 13 Plan (Chapter 13 Cases).
4. For changes to the names, aliases or Social Security Number of the debtor(s), a certificate of service and service by the debtor/debtor's attorney on all parties and creditors in the case is required.

## CERTIFICATION OF SERVICE

       I hereby certify that on September 27, 2023, a copy of the attached Amendment to Schedules and, if required, a copy of Official Form 309 – Notice of Bankruptcy Case [ECF No. 15] was served upon the following by first class mail:

Air Equipment Co.
1701 Payne Street
Louisville, KY 40203

American Strategic Insurance
P.O. Box 33018
St. Petersburg, FL 33733

American United Life Ins. Co.
PO Box 368
Indianapolis, IN 46206

American Express
PO Box 96009
Los Angeles, CA 90096

Local Form B

Art's Rental
215 East 6th Street
Newport, KY 41071

B.C. Drywall, Inc.
20513 Nicholas Circle #1
Elkhorn, NE 68022

Best Access Doors
228 Park Avenue South #76520
New York, NY 10003-1502

Campell County Planning & Zoning
1098 Monmouth St. Ste. 343
Newport, KY 41071

Capital One
6125 Lakeview Rd Suite 800
Charlotte, NC 28269

Cargo Commons, LLC
4010 Dupont Cir., Ste 700
Louisville, KY 40207

Champion Crane
1136 NE 44th Ave
Des Moines, IA 50313

Chase Auto
PO Box 701076
Fort Worth, TX 76101

Dixie Motors
4991 Dixie Hwy
Fairfield, OH 45014

Federated Insurance
2000 Technology Dr.
Mankato MN 56001

Ground Penetration Radar System
HCC Construction, LLC
35 N. Fourth St., Ste. 100
Columbus, OH 43215

HCC Construction, LLC
35 N. Fourth St., Ste. 100
Columbus, OH 43215

HCC LLC
12911 Reamers Road
Louisville, KY 40245

Huntington Bank
17 S. High St
Columbus, OH 43215

Koch Air
PO Box 636092
Cincinnati, OH 45263-6092

Lee Supply Corp.
6610 Guion Road
Indianapolis, IN 46268

Louisville Metro Revenue Commn
Attn: Legal Division
PO Box 32060
Louisville, KY 40232-2060

Lynn Imaging
PO Box 519
Lexington, KY 40588-0519

Mr. Transmission
3014 Hunsinger Ln
Louisville, KY 40220

Omniduct
6400 Artesia Blvd.
Buena Park, CA 90620

Phipps Reprographics
6920 Plainfield Road
Cincinnati, OH 45236-0172

Plumbers Supply
950 E. Market St.
Louisville, KY 40206

PYE Barker Fyre & Safety
PO Box 735358
Dallas, TX 75373-5358

Shape Manufacturing
1987 South Park Rd.
Louisville, KY 40219

SPI, LLC
PO Box 841166
Dallas, TX 75284-1166

Stericycle
28883 Network Place
Chicago, IL 60673-1288

Steve Carlton Construction
1103 Bryden Ave
Lewiston, ID 83501

TDK Construction Co., Inc.
1610 S. Church St. Ste C
Murfreesboro, TN 37130

The Home Depot
2455 Paces Ferry Road
Atlanta, GA 30339-1834

WEX, Inc.
1 Hancock St.
Portland, ME 04106

Whittenberg Construction Co.
4774 Allmond Ave.
Louisville, KY 40209

Wright Insulation
1442 Olive Street
Louisville, KY 40210

Zupin Crane
325 Oak Grove St
Manistee, MI  49660

Mike Albert Leasing
PO Box 643057
Cincinnati, OH 45264

Mobile Mini, Inc.
4646 E. Van Burn St, Suite 400
Phoenix, AZ 85008

The Annex Group
c/o Angela Mendenhall, General Counsel
409 Massachusetts Ave, Ste 300
Indianapolis, IN 46204

Cedar West Storage
3525 Center Pint Rd. NE, Ste. B
Cedar Rapids IA 52402

Indiana Department of Renue
100 N. Senate Ave, N-240 MS 108
Indianapolis, IN 46204

Ohio Department of Revenue
Bankruptcy Division
PO Box 530
Columbus, OH 43216

Waste Management
444 S 5th Street
Louisville, KY 40202


DATE: September 27, 2023		SIGNATURE: /s/ *Dean A. Langdon*
				Dean A. Langdon, Esq.
				DELCOTTO LAW GROUP PLLC
				200 North Upper Street
				Lexington, KY 40507
				Telephone: (859) 231-5800
				Facsimile: (859) 281-1179
				dlangdon@dlgfirm.com
				COUNSEL FOR DEBTOR
				AND DEBTOR IN POSSESSION