# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Cair Heating and<br>Cooling, LLC<br><br>Debtor(s) | Case No.:23−31622−crm<br><br>Chapter: 11<br>Judge: Charles R. Merrill |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of EXPEDITED Hearing regarding Emergency Motion to Withdraw Document and Requiring Debtor to Reject Executory Contract 137 Agreed Motion to Assume Lease or Executory Contract for Bull Run Townhomes in Louisville, Kentucky filed by Debtor Cair Heating and Cooling, LLC) Filed by Interested Party HCC, LLC. (CB).178. EXPEDITED Hearing scheduled for 10/3/2023 at 11:00 AM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. COUNSEL FOR THE MOVANT SHALL PROVIDE NOTICE OF THIS HEARING TO ALL INTERESTED PARTIES AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT INDICATING THAT SERVICE HAS BEEN COMPLETED. cc: sl (AMG)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 10/2/23

By: AMG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court