UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

DEBTOR

CASE NO. 23-31622
CHAPTER 11

**ORDER GRANTING EMERGENCY MOTION TO SHORTEN NOTICE PERIOD FOR DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT BETWEEN THE DEBTOR AND PULTE HOMES OF INDIANA, LLC**

This matter having come before the Court upon Debtor's Emergency Motion to Shorten Notice Period for Debtor's Motion for Entry of an Order Approving Settlement Between the Debtor and Pulte Homes of Indiana, LLC (the "Motion"); the Court having determined that good cause exists for granting the relief requested in the Motion; that such relief is in the best interests of Debtor, its estate, and creditors; and considering also the circumstances and nature of the relief requested, it appearing that shortened notice of a hearing to consider the Settlement Motion and the relief requested therein is appropriate; and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED:

1. The Motion is GRANTED in its entirety;

2. The deadline for any objections to the Settlement Motion is October 13, 2023; and

3. If any objections to the Settlement Motion are timely filed, this Court shall hold a hearing to consider them on Tuesday, October 17, 2023, at 11:00 a.m. Eastern Time, in Courtroom 3, 5th Floor, 601 West Broadway, Louisville, Kentucky 40202. Counsel for Pulte Homes of Indiana, LLC may participate in said hearing telephonically.

Charles R. Merrill
United States Bankruptcy Judge
Dated: October 2, 2023

Order tendered by:

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION