UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

    DEBTOR

CASE NO. 23-31622
CHAPTER 11

### ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT BETWEEN DEBTOR AND PULTE HOMES OF INDIANA LLC

This matter having come before the Court upon the Debtors' Motion for Entry of an Order Approving Settlement Between Debtor and Pulte Homes of Indiana LLC (the "Motion"), and it appearing that proper notice of the Motion was given, no objections have been filed, and all timely objections have been overruled, and the Court having reviewed the record and being otherwise sufficiently advised;

IT IS HEREBY ORDERED as follows:

1.    The Motion is **GRANTED** in its entirety.

2.    The Settlement Agreement, as defined in the Motion and incorporated herein by reference, is approved pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

3.    The Debtor is authorized and directed to execute all documents and perform all acts reasonably necessary to consummate the settlement as forth in the Settlement Agreement.

4.    The Debtor and Pulte Homes of Indiana LLC ("Pulte") are granted relief from the automatic stay to the extent necessary to implement the terms of the Settlement Agreement.

5.    The Subcontracts, as defined in the Settlement Agreement, are deemed terminated.

6. The Court hereby retains jurisdiction to enforce, implement, and interpret the terms and provisions of this Order and the Settlement Agreement.

*Charles R. Merrill*
Charles R. Merrill
United States Bankruptcy Judge
Dated: October 17, 2023

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
200 North Upper Street
Lexington, KY  40507
Telephone: (859) 231-5800
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION