UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAIR HEATING AND COOLING, LLC, | ) | Case No. 23-31622 |
| | ) | |
| Debtor. | ) | Chapter 11 |

## AGREED ORDER REJECTING UNEXPIRED CONTRACTS AND GRANTING PARTIAL STAY RELIEF

Upon agreement of the Debtor, Cair Heating and Cooling, LLC ("Debtor") and interested party, Annex Construction of Howell, LLC ("Annex Howell"), and the Court hearing no objection to same, IT IS HEREBY ORDERED AS FOLLOWS:

1. Annex Howell's Emergency Motion to Compel Debtor to Reject or Assume Executory Contract with Annex Construction of Howell, LLC (the "Motion") (Doc. 115) is hereby granted with respect to the contract between the Debtor and Annex Howell identified as the Subcontract dated December 13, 2021 (listed as Exhibit 1 to the Declaration of Sam Hurley Pursuant to 28 U.S.C. §1746 in support of the Motion) (Doc. 144) (the "Contract").

2. The Contract is rejected as of November 27, 2023 and the Debtor shall have no further right or obligation to perform said Contract.

3. Annex Howell shall assert any claim which it may have arising from the rejection of the Contract no later than sixty (60) days after entry of the Order.

IT IS FURTHER ORDERED that Annex Howell is granted partial relief from the automatic stay in order to a) assert a setoff, pursuant to 11 U.S.C. §553(a) and consistent with the terms of the Contract, against funds currently owed or which may be owed in the future by Annex Howell on account of work performed by Debtor on or before November 27, 2023 solely for the purpose of completing obligations under the Contract, including payment for labor, materials, and

equipment furnished to the project pre-petition for which payment was not made by Debtor; b) communicate with employees, subcontractors and vendors utilized by the Debtor to assist with completion of obligations under the Contract; and c) to take possession of any equipment and materials at the Contract site for use in completion of the Contract; provided, however, that, within ten (10) days of the payment of any obligation for which Annex Howell is asserting a setoff, Annex Howell shall furnish to counsel for the Debtor, a statement of the amount paid and the amount of setoff claimed. The Parties retain all of their rights under the Contract and applicable law to assert and dispute setoff rights. The parties agree, and the Court finds, that the stay set forth in Fed. R. Bankr. P. 4001(a)(3) is waived and this Agreed Order is effective immediately.

IT IS FURTHER ORDERED that the telephonic hearing scheduled for December 13, 2023 at 11:00 a.m. is hereby remanded.

Tendered by:

DELCOTTO LAW GROUP PLLC

*/s/ Dean A. Langdon*
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

Agreed to; To be entered:

BLACKWELL, BURKE & RAMSEY, P.C.

*/s/ Jason R. Burke*
Jason R. Burke, Esq.
IN Bar No. 19727-49 (admitted pro hac vice)
101 West Ohio Street, Suite 1700
Indianapolis, IN 46204
Telephone: (317) 635-5005
Facsimile: (317) 634-2501
jburke@bbrlawpc.com
COUNSEL FOR ANNEX CONSTRUCTION OF HOWELL, LLC