UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 23-31622 |
| CAIR HEATING AND COOLING, LLC ) | |
| ) | CHAPTER 11 |
| DEBTOR. ) | |

**ORDER GRANTING MOTION TO EXPEDITE DEADLINE TO OBJECT TO AGREED ORDERS REJECTING UNEXPIRED CONTRACTS AND GRANTING PARTIAL STAY RELIEF**

This matter having come before the Court upon the Annex Parties' Motion to Expedite Deadline to Object to Agreed Order Rejecting Unexpired Contracts and Granting Partial Stay Relief (Dkt. 264) (the "Motion to Expedite"), the Court being sufficiently advised, and for good cause shown, **GRANTS** the Motion to Expedite.

IT IS HEREBY ORDERED:

1. The deadline for any objections to the Agreed Orders is December 12, 2023.

Dated: _____

*[signature]*
Charles R. Merrill
United States Bankruptcy Judge
Dated: December 11, 2023

Tendered by:

*/s/ Jason R. Burke*
Jason R. Burke
Blackwell, Burke & Ramsey, P.C.
101 West Ohio Street, Suite 1700
Indianapolis, IN 46204
(317) 635-5005
jburke@bbrlawpc.com

Counsel for The Annex Parties

1