# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Cair Heating and<br>Cooling, LLC<br><br>Debtor(s) | Case No.:23−31622−crm<br><br>Chapter: 11<br>Judge: Charles R. Merrill |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to continue hearing held on December 13, 2023 regarding Motion to Sell Vehicles Free and Clear of Liens Filed by Debtor Cair Heating and Cooling, LLC 202 AND ON Motion to Convert Case to Chapter 7 from 11 246 , so ORDERED by /s/ Judge Merrill. Hearing scheduled for 12/19/2023 at 01:30 PM (Eastern Time) by Telephonic Hearing. Parties to call in at 1−888−684−8852 and use the Access Code 6165472#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. (AMG)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 12/13/23

By: AMG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court