UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:

**CAIR HEATING AND COOLING, LLC**　　　　　CASE NO. **23-31622 (2)**

CHAPTER 11

　　　Debtor(s)

---

**ORDER**

---

　　　THIS MATTER having come before the Court on December 14, 2023, regarding the United States Trustee Motion to Convert Chapter 11 Case to Chapter 7.  The Court having considered statements of counsel,  and being otherwise sufficiently advised,

　　　IT IS HEREBY ORDERED that the hearing on the  United States Trustee Motion to Convert Chapter 11 Case to Chapter 7 has been continued by separate order of the Court entered on December 13, 2023.

　　　IT IS FURTHER ORDERED that the pending Bar Dates as set forth in the Court's Order entered on November 14, 2023 be, and hereby are, **VACATED** pending further Order of the Court.

amg