UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| CAIR HEARING AND COOLING LLC | ) | Case No. 23-31622 crm |
| | ) | |
| Debtor | | |

**ORDER ON UNITED STATES TRUSTEES MOTION TO CONVERT**

This matter having come before the Court upon the United States Trustees Motion to Convert, the Court being otherwise sufficiently advised, good and sufficient notice having been given to all parties;

IT IS HEREBY ORDERED that the Debtor's case shall be converted from chapter 11, to a chapter 7 bankruptcy.

*Proposed Order Prepared and Tendered by:*
Timothy E. Ruppel
Office of the United States Trustee
601 Broadway Suite 512
Louisville KY 40202
(502) 582-6000 (222)
tim.ruppel@usdoj.gov

Charles R. Merrill
United States Bankruptcy Judge
Dated: December 26, 2023