# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Cair Heating and<br>Cooling, LLC | Case No.:23−31622−crm |
| Debtor(s) | Chapter: 7 |

# NOTICE OF CONVERSION
# AND RELATED ORDERS

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Notice of Conversion to Chapter 7. The debtor is granted an Order of Relief under Chapter 7. Deadlines set in this Notice and its related orders supersede any deadlines set previously. If a deadline is set for incomplete filings, please be advised that a new petition and all schedules for the new chapter must be filed in their entirety. Incomplete Filing. Remaining Documents, including the Statement of Current Monthly Income if not filed previously and if applicable due by 1/9/2024. This case may be dismissed without further notice if the schedules are not filed timely. (MES)

Dated: 12/26/23

By: MES
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court