UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAIR HEATING AND COOLING, LLC | ) | CASE NO. 23-31622-crm |
|    Debtor | ) | Chapter 7 |
| | ) | |

**TRUSTEE'S RESPONSE TO HCC CONSTRUCTION, LLC'S
MOTION FOR STAY RELEF [DN 293]**

Wm. Stephen Reisz, trustee of the bankruptcy estate of Cair Heating and Cooling, LLC ("Trustee"), for his response to the motion of HCC Construction, LLC for stay relief in order to terminate subcontracts [DN 293] states he has reviewed the motion and the tendered order [DN 294]. Based on the facts set out in the motion: Trustee has no objection to the motion being granted and tendered order being entered.

Respectfully submitted,

  /s/ Wm. Stephen Reisz
Wm. Stephen Reisz, Trustee
401 W. Main St., Ste. 1400
Louisville, Kentucky 40202
(502) 584-1000

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was on January 4, 2024 mailed electronically through the US Bankruptcy Court's ECF system at the electronic addresses set forth in the ECF system to all other parties receiving electronic notifications in this case.

  /s/ Wm. Stephen Reisz
Wm. Stephen Reisz