UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CAIR HEATING AND COOLING, LLC

    DEBTOR

CASE NO. 23-31622
CHAPTER 7

**NOTICE OF NO OBJECTION TO**
**MOTION TO RECONSIDER AND REINSTATE CASE**

Comes Cair Heating and Cooling, LLC (the "Debtor"), by counsel, and states that is has no objection to the Chapter 7 Trustee's Motion to Reconsider and to Reinstate Case [Doc. No. 310]. The Debtor further states that it has been unable to access its financial data which was maintained via Quickbooks and thus was unable to complete updated bankruptcy schedules. The Debtor is taking steps to regain access to its financial data and fully intends to submit updated bankruptcy schedules if this case is reinstated.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

This document has been electronically filed and served via the Court's ECF System on January 22, 2024.

/s/ Dean A. Langdon, Esq.
COUNSEL FOR DEBTOR