UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                          )
                                                )
CAIR HEATING AND COOLING, LLC    )          CASE NO. 23-31622-crm
        Debtor                          )          Chapter 7
_____ )

## ORDER REINSTATING CASE

The Court having considered the motion of Trustee and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that, pursuant to Fed. R. Bankr. P. 9024, the Court reconsiders its Order of Dismissal.

IT IS FURTHER ORDERED that the case be reinstated as an active case.

Tendered By:
Wm. Stephen Reisz, Trustee
401 W. Main St., Ste. 1400
Louisville, Kentucky 40202
(502) 584-1000

Charles R. Merrill
United States Bankruptcy Judge
Dated: January 24, 2024