Fill in this information to identify the case:

Debtor name  **Cair Heating and Cooling, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known)  **23-31622**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/6/24       x *Kevin Clapp*
                          Signature of individual signing on behalf of debtor

                          **Kevin Clapp**
                          Printed name

                          **President**
                          Position or relationship to debtor

Debtor name      **Cair Heating and Cooling, LLC**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF KENTUCKY

Case number (if known)      **23-31622**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

### Part 1:      Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $      **6,291,555.80**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $      **6,291,555.80**

### Part 2:      Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      **6,743,906.70**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    $      **9,671.41**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **2,293,363.18**

4.    Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b      $      **9,046,941.29**

Debtor name     **Cair Heating and Cooling, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF KENTUCKY

Case number (if known)     **23-31622**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **4,879,502.26** -        **0.00** = ....     **$4,879,502.26**

                   face amount                   doubtful or uncollectible accounts

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$4,879,502.26** |
|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Multiple vehicles, see list attached as Exhibit A** | $0.00 | | $10,000.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$10,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Please refer to Schedule G for a description of leased real property. The Debtor owns no real property.** | **Leasehold interests** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**
**Debtor is insured under policies for general liability, automobile liability, worker's compensation and an umbrella policy with Selective Insurance Company**          **$0.00**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**The Debtor has multiple potential mechanic lien claims against numerous third parties for work performed**

Nature of claim

Amount requested                          **$0.00**

**Unknown**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Unbilled retainage on work performed**                    **$1,402,053.54**

**Debtor's financial statements reflect a shareholder loan in the amount of $92,319.83. This entry is for tax purposes and the Debtor has not loaned funds to any shareholders.**

**$0.00**

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$1,402,053.54**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor  **Cair Heating and Cooling, LLC**
Name

Case number *(If known)*  23-31622

Part 12:  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,879,502.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,402,053.54 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,291,555.80 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,291,555.80 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor name **Cair Heating and Cooling, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **23-31622**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Cucumber Capital LLC**
Creditor's Name

**445 Central Ave**
**Cedarhurst, NY 11516**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/9/23**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**future receivables**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$275,000.00 | $0.00

**2.2 Daikin Comfort Technologies North Americ**
Creditor's Name

**Attn: Simon Lin**
**19001 Kermier Road**
**Waller, TX 77484**
Creditor's mailing address

**simon.lin@daikincomfort.com**
Creditor's email address, if known

**Date debt was incurred**
**Various**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**purchased inventory**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$3,687,160.00 | $0.00

☐ No
☐ Yes. Specify each creditor,
   including this creditor and its
   relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | **$1,000,763.39** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**
Creditor's mailing address

**Federal witholding Taxes**

Describe the lien
**Tax Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2013-2016**
**Last 4 digits of account number**
**4979**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **On Deck Capital, LLC** | Describe debtor's property that is subject to a lien | **$108,000.00** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**c/o Devon Dean**
**4700 W. Daybreak Pkwy,**
**Ste 200**
**South Jordan, UT 84009**
Creditor's mailing address

**future receivables**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Rocket Capital NY LLC** | Describe debtor's property that is subject to a lien | **$366,050.00** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**c/o Joe Lieberman, Esq.**
**Lieberman and Klestzick,**
**LLP**
**PO Box 356**
**Cedarhurst, NY 11516**
Creditor's mailing address

**future receivables**

Describe the lien

UCC-1

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**5/1/23**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **TVT 2.0 LLC** | Describe debtor's property that is subject to a lien | $1,156,933.31 | $0.00 |

Creditor's Name

**Contracts Team**
**881 Baxter Dr, Ste 100**
**South Jordan, UT 84095**

Creditor's mailing address

**Accounts receivable**

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**4/21/23**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | $6,100,000.00 |

Creditor's Name

**2 North Street, Ste 320**
**Birmingham, AL 35203**

Creditor's mailing address

**all assets**

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$6,743,906.7 0** |

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **TVT 2.0 LLC**<br>**c/o Recovery of Judgment**<br>**Derek Medolla, Esq.**<br>**1407 Broadway 29th Floor**<br>**New York, NY 10018** | Line __2.6__ | |

Debtor name __**Cair Heating and Cooling, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF KENTUCKY__

Case number (if known) __23-31622__

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

**Boone County Fiscal Court**
**2950 Washington Square**
**Burlington, KY 41005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**  Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

**Department for Employment**
**Services**
**P. O. Box 948**
**Frankfort, KY 40602-0948**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**  Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Florence Government Center**
**8100 Ewing Boulevard**
**Florence, KY 41042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Idaho State Tax Commission**
**11321 W Chinden Blvd**
**Boise, ID 83714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,746.53** | **$1,746.53** |
|---|---|---|---|---|

**Indiana Department of Revenue**
**100 N. Senate Ave, N-240 MS 108**
**Indianapolis, IN 46204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 2023**

Basis for the claim:
**Will be paid per prepetition wages motion**

Last 4 digits of account number **6625**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Indiana Dept. of Workforce**
**Development**
**Indiana Govt. Center South**
**10 N. Senate Avenue**
**Indianapolis, IN 46204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Jefferson County Sheriff's Office**
**PO Box 34570**
**Louisville, KY 40232-4570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**KY Dept. of Revenue**
**Legal Branch - Bankruptcy Section**
**P. O. Box 5222**
**Frankfort, KY 40602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,580.76** | **$2,209.00** |
| --- | --- | --- | --- | --- |

**Louisville Metro Revenue Commn**
**Attn: Legal Division**
**P O Box 32060**
**Louisville, KY 40232-2060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 2023**

Basis for the claim:
**Local taxes**

Last 4 digits of account number **5495**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Nebraska Department of Revenue**
**PO Box 98934**
**Lincoln, NE 68509-8934**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Office of Unemployment Insurance Operati**
**PO Box 182212**
**Columbus, OH 43218-2212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,107.45** | **$4,017.45** |
|---|---|---|---|---|

**Ohio Department of Revenue**
**Bankruptcy Division**
**P O Box 530**
**Columbus, OH 43216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**July 2023**

Basis for the claim:
**Will be paid per prepetition wages motion**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**RITA**
**PO Box 89475**
**Cleveland, OH 44101-6475**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**South Carolina Department of Revenue**
**Income Tax**
**PO Box 125**
**Columbia, SC 29214-0400**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.67 | $236.67 |

**Washington Employment Security Dept.**
**PO Box 9046**
**Olympia, WA 98507-9046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:

---

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

<table>
<tr><td>Part 2:</td><td>List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,845.03 |

**2-J Supply Co., Inc.**
**1456 N Keowee Street**
**Dayton, OH 45404-1103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $549.72 |

**A-1 Portable Buildings, Inc.**
**801 Enterprise Drive**
**Lexington, KY 40510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,962.94 |

**Advanced Automotive Services**
**7801 Alexandria Pike**
**Alexandria, KY 41001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Affordable Crane Service**
**PO Box 739**
**Hardinsburg, KY 40143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Air Equipment Company**
**1701 Payne Street**
**Louisville, KY 40203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$454,815.48** |
|---|---|---|---|

**Air Mechanical Sales**
**1949 Lexington Road**
**Georgetown, KY 40324**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,982.99** |
|---|---|---|---|

**AirGas USA, LLC**
**Po Box 734445**
**Chicago, IL 60673-4445**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$530.89** |
|---|---|---|---|

**Al's Johns**
**13911 NW 56th Street**
**Raymond, NE 68428**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,074.82** |
|---|---|---|---|

**Alpha Energy Solutions**
**7200 Distribution Dr**
**Louisville, KY 40258**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,217.92** |
|---|---|---|---|

**American Express**
**PO Box 96009**
**Los Angeles, CA 90096**

Date(s) debt was incurred _

Last 4 digits of account number  __7002__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __credit card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Strategic Insurance**
**PO Box 33018**
**Saint Petersburg, FL 33733**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,861.31** |
|---|---|---|---|

**American United Life Ins. Co.**
**PO Box 368**
**Indianapolis, IN 46206**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,667.68 |

**Art's Rental**
**215 East 6th Street**
**Newport, KY 41071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,043.75 |

**B.C. Drywall, Inc.**
**20513 Nicholas Circle #1**
**Elkhorn, NE 68022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.00 |

**Baptist Health Medical Group**
**PO Box 734848**
**Chicago, IL 60673-4848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,805.00 |

**BCM Lifting & Hauling Services, LLC**
**P.O. Box 91648**
**Louisville, KY 40291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,570.89 |

**Best Access Doors**
**228 Park Avenue South #76520**
**New York, NY 10003-1502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,342.32 |

**Big Time Advertising Inc**
**22615 State Road 120**
**Elkhart, IN 46516-5369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Advertising services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,646.20 |

**Campbell County Planning & Zoning**
**1098 Monmouth St. Ste. 343**
**Newport, KY 41071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,530.14 |

**Capital One**
**6125 Lakeview Rd Suite 800**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4726**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,064.09 |

**Cedar West Storage**
**3525 Center Pint Rd. NE, Ste. B**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $582.38 |

**Central Messaging**
**10333 Harwin Drive, Ste 530M**
**Houston, KY 77036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,567.50 |

**Champion Crane**
**1136 NE 44th Ave**
**Des Moines, IA 50313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Cincinnati BBB**
**1 E. 4th St, Unit 600**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $384.28 |

**Cintas**
**PO Box 630921**
**Cincinnati, OH 45263-0921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.46 |

**Cintas Cincy**
**PO BOX 631025**
**Cincinnatti, OH 45246-1146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.94 |

**Cintas Fire 636525**
**PO BOX 636525**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.51 |

**Citizens Energy**
**Po Box 7056**
**Indianapolis, IN 46207-7056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,580.00 |

**Cooke Sheet Metal Inc**
**PO Box 338**
**Kalkaska, MI 49646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,924.22 |

**Corken Steel Products Co.**
**1226 West Market St**
**Louisville, KY 40203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cumberland Cooling, Inc.**
**625 B Hart Lane**
**Nashville, TN 37216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,902.50 |

**D-Crane Rental**
**11061 Dixie Hwy**
**Louisville, KY 41094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DTE Energy**
**PO Box 70726**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,365.97** |
|------|---|---|---|

**Duke Energy**
PO Box 1094
Charlotte, NC 28201-1094

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|------|---|---|---|

**Electrical Contractors NW Inc**
Po Box 254
Pullman, WA 99163

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|------|---|---|---|

**Energy Rotation Systems LLC**
4790 W 73rd Street
Indianapolis, IN 46268

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,600.00** |
|------|---|---|---|

**Family Savings Magazine**
c/o David Harnois
2339 Versailles Road
Lexington, KY 40504

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|------|---|---|---|

**Family Savings Magazine**
PO Box 4274
Lexington, KY 40544

Date(s) debt was incurred _

Last 4 digits of account number  __2761__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,881.40** |
|------|---|---|---|

**Famous Supply**
PO BOX 951344
Cleveland, OH 44193

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,754.57** |
|------|---|---|---|

**Federated Insurance**
2000 Technology Dr.
Mankato, MN 56001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __insurance premiums and deductibles__

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,029.59** |

**Ferguson**
**PO BOX 802817**
**Chicago, IL 60680-2817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,498.29** |

**Ferguson Enterprises #1480**
**PO BOX 644054**
**Pittsburgh, PA 15264-4054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,027.09** |

**Ferguson Heating & Cooling**
**4700 Poplar Level Rd**
**Louisville, KY 40213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.80** |

**Green Steel Crane & Rigging**
**PO Box 1078**
**Hopkinsville, KY 42241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |

**Ground Penetration Radar System**
**PO Xox 932**
**Toledo, OH 43697-0932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$790,853.58** |

**Habegger Corp.**
**11413 Enterprise Park Dr**
**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,984.54** |

**Hilti Inc**
**Po Box 70299**
**Philadelphia, PA 19176-0299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $914.00 |

**Hubbs Heating & Air**
545 E Main Street
Lancaster, OH 43130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,168.39 |

**Impact**
PO Box 739
Lexington, KY 40588

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Third-party benefits adminstrator**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,070.00 |

**Indy Core**
2280 Cold Springs Rd
Indianapolis, IN 46222

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jackson Systems**
5418 Elmwood Ave
Indianapolis, IN 46203

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $967.61 |

**Johnstone Supply**
PO Box 210639
Auburn Hills, MI 48321

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,779.28 |

**Johnstone Supply Indianapolis**
Po Box 706371
Cincinnati, OH 45270-6371

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,968.00 |

**Kentuckiana Comfort Center**
PO Box 99369
Louisville, KY 40269-0369

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,958.72 |
|---|---|---|---|

**Koch Air**
P.O. Box 636092
Cincinnati, OH 45263-6092

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,966.44 |
|---|---|---|---|

**Kwik Set Fasteners**
4006 Bishop Lane
Louisville, KY 40218

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.16 |
|---|---|---|---|

**Lee Supply Corp.**
6610 Guion Road
Indianapolis, IN 46268

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,416.10 |
|---|---|---|---|

**Lennox Industries Inc.**
P.O Box 910549
Dallas Tx 75391

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,700.17 |
|---|---|---|---|

**Lennox Parts Plus**
4858 Provident Dr. Suite G
Cincinnati, OH 45246

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LGE**
Attn: Revenue collection
820 West Broadway
Louisville, KY 40202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,428.03 |
|---|---|---|---|

**Lincoln Business Park Holdings**
c/o Colliers International
2550 West Tyvola Rd, Ste 300
Charlotte, NC 28217

Date(s) debt was incurred _

Last 4 digits of account number  **3267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lins Heating & Air Conditioning**
**4540 J Street SW**
**Cedar Rapids, IA 52404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$967.95** |
|---|---|---|---|

**Lynn Imaging**
**PO Box 519**
**Lexington, KY 40588-0519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54.79** |
|---|---|---|---|

**MacArthur Co**
**NW 6276**
**PO Box 1450**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mr. Transmission**
**3014 Hunsinger Ln**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Muck's Crane**
**7660 W. 60 S.**
**Edinburgh, IN 46124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**National Labor Relations Board**
**Region 25**
**575 N. Pennsylvania St, Ste 238**
**Indianapolis, IN 46204-1520**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,212.15** |
|---|---|---|---|

**New Image**
**1751 Plantside Dr**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Omniduct**
6400 Artesia Blvd
Buena Park, CA 90620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pacific Mobile Structures**
PO Box 24747
Seattle, WA 98124-0747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,880.00 |
|---|---|---|---|

**Padgett**
901 E. 4th Street
New Albany, IN 47150-3328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8523**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,258.51 |
|---|---|---|---|

**Penske Truck Leasing**
PO Box 802577
Chicago, IL 60680-2577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $337.00 |
|---|---|---|---|

**Phipps Reprographics**
6920 Plainfield Road
Cincinnati, OH 45236-0172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,120.88 |
|---|---|---|---|

**Plumb Supply**
PO Box 4558
Des Moines, IA 50305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $462.47 |
|---|---|---|---|

**Plumbers Supply**
950 E Market St.
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,880.00 |

**Precision Test & Balance Inc.**
**14225 University Avenue Ste 220A**
**Waukee, IA 50263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,006.25 |

**Professional Concrete Cutting & Drilling**
**14124 East State Road 46**
**Columbus, IN 47203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492.20 |

**PYE Barker Fyre & Safety**
**Po Box 735358**
**Dallas, TX 75373-5358**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,588.59 |

**Reese Wholesale**
**PO BOX 2970**
**Indianapolis, IN 46206-2970**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,400.00 |

**Renaissance Design Build Inc**
**117 S Indiana Ave**
**Sellersburg, IN 47172**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Republic Services**
**11563 Mosteller Rd**
**Cincinnati, OH 45241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |

**Rivera Group LLC**
**1073 Oliver Ave**
**Indianapolis, IN 46221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$567.06** |
|---|---|---|---|
| | **RL Craig Company Inc** | ☐ Contingent | |
| | **11524 Commonwealth Drive** | ☐ Unliquidated | |
| | **Louisville, KY 40299** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,132.52** |
|---|---|---|---|
| | **Shape Manufacturing** | ☐ Contingent | |
| | **1987 South Park Rd.** | ☐ Unliquidated | |
| | **Louisville, KY 40219** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233.29** |
|---|---|---|---|
| | **Spectrum** | ☐ Contingent | |
| | **Charter Communications Oper., LLC** | ☐ Unliquidated | |
| | **ATTN: Comml Contracts Mgmt Corp. Legal** | ☐ Disputed | |
| | **12405 Powerscourt Drive St.** | | |
| | **Saint Louis, MO 63131** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __utilities__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,227.25** |
|---|---|---|---|
| | **SPI, LLC** | ☐ Contingent | |
| | **PO BOX 841166** | ☐ Unliquidated | |
| | **Dallas, TX 75284-1166** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Sprint** | ☐ Contingent | |
| | **Office of Privacy-Legal Dept.** | ☐ Unliquidated | |
| | **P.O. Box 4600** | ☐ Disputed | |
| | **Reston, VA 20195** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __utilities__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.32** |
|---|---|---|---|
| | **Stericycle** | ☐ Contingent | |
| | **28883 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1288** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,699.43** |
|---|---|---|---|
| | **Steve Carlton Construction** | ☐ Contingent | |
| | **1103 Bryden Ave** | ☐ Unliquidated | |
| | **Lewiston, ID 83501** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,908.72 |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,935.04 |
|---|---|---|---|

**SWH Supply Co.**
**242 E. Main St.**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,692.00 |
|---|---|---|---|

**Synergy Test & Balance**
**154 Burt Rd**
**Lexington, KY 40503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
|---|---|---|---|

**Tango Victor Charlie, LLC**
**7707 Surrey Lane**
**Traverse City, MI 49685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,521.28 |
|---|---|---|---|

**Teasdale Fenton Carpet Cleaning**
**12145 Centron Place**
**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,220.87 |
|---|---|---|---|

**TEG Enterprises Inc**
**107 Gass Dr**
**Greenville, TN 37745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,249.06 |
|---|---|---|---|

**The Home Depot**
**2455 Paces Ferry Road**
**Atlanta, GA 30339-1834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card**

Last 4 digits of account number  **6156**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,210.78** |
|---|---|---|---|

**The Miller Company Inc. / De Lage Laden**
PO Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,890.29** |
|---|---|---|---|

**Tire Discounters**
PO Box 931827
Atlanta, GA 31193-1827

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Tom Barrow Company**
732 Joseph E. Lowery Blvd. NW
Atlanta, GA 30318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$45,442.34** |
|---|---|---|---|

**Trane HVAC Parts & Supplies**
12700 Plantside Dr
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$80,380.49** |
|---|---|---|---|

**Trane U.S. Inc.**
PO Box 403271
Atlanta, GA 30384-3271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5,831.65** |
|---|---|---|---|

**United Rentals**
Po Box 100711
Atlanta, GA 30384-0711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$38,844.46** |
|---|---|---|---|

**Val Pak**
3036 Breckenridge Lane, Ste. 203
Louisville, Ky 40220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Advertising services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.65 |
|---|---|---|---|

**Waste Management**
**444 S 5th Street**
**Louisville, KY 40202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WEX, Inc.**
**1 Hancock St.**
**South Portland, ME 04106**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,150.20 |
|---|---|---|---|

**Wright Insulation**
**1442 Olive Street**
**Louisville, KY 40210**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zupin Crane**
**325 Oak Grove St.**
**Manistee, MI 49660**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ferguson Heating & Cooling**<br>**3840 Business Park Dr**<br>**Louisville, KY 40213** | Line **3.43**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Kentuckiana Comfort Center**<br>**2716 Grassland Drive**<br>**Louisville, KY 40299** | Line **3.54**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Tire Discounters**<br>**12901 Taylorsville Rd**<br>**Louisville, KY 40299** | Line **3.98**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Trane U.S. Inc.**<br>**3600 Pammel Creek Rd**<br>**La Crosse, WI 54601-7599** | Line **3.101**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | Cair Heating and Cooling, LLC | Case number (if known) | 23-31622 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5 **United Rentals**<br>**Branch AE2**<br>**52500 Pontiac Trl**<br>**Wixom, MI 48393-1922** | Line _3.102_<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 9,671.41 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,293,363.18 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,303,034.59 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **lease with option to purchase of 13101 Data Vault Drive, Louisville, KY 40223** |
| State the term remaining | **211 N English Station, LLC**<br>**11601 Main Street**<br>**Louisville, KY 40243** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **General contractor (Union at Oak Grove)** |
| State the term remaining | **Annex Construction of Howelle, LLC**<br>**409 Massachusetts Ave, Ste 300**<br>**Indianapolis, IN 46204** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **General contractor (Union at Middle Creek, Lincoln, NE)** |
| State the term remaining | **Annex Construction of Nebraska, LLC**<br>**409 Massachusetts Ave, Ste 300**<br>**Indianapolis, IN 46204** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **General contractor (Annex of Pullman)** |
| State the term remaining | **Annex Construction of Washington, LLC**<br>**409 Massachusetts Ave, Ste 300**<br>**Indianapolis, IN 46204** |
| List the contract number of any government contract | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**General contractor**

State the term remaining

List the contract number of any government contract

**Arbor Homes/Clayton Properties Group
Craig Brockman, Division President
9225 Harrison Park Ct.
Indianapolis, IN 46216**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**General contractor:
Velo Riverside Dayton, KY**

State the term remaining

List the contract number of any government contract

**Arlington Construction Services, LLC
2 North 20th Street
Birmingham, AL 35203**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**subcontractor**

State the term remaining

List the contract number of any government contract

**BluAire Heating and Cooling
1313 Old Mill Road
Louisville, KY 40242**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**General contractor
(Nulu Yard Apartments)**

State the term remaining

List the contract number of any government contract

**Bosse Construction, Inc.
2116 Plantside Drive
Louisville, KY 40299**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**subcontractor**

State the term remaining

List the contract number of any government contract

**Buenavista Enterprise
2274 Hemlock Ave
Columbus, OH 43229**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **lease of office/warehouse at 1821 Cargo Ct. in Louisville** | |
|---|---|---|---|
| | State the term remaining | | **Cargo Commons, LLC**<br>**4010 Dupont Cir., Ste 700**<br>**Louisville, KY 40207** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **General contractor (Austin Commons)** | |
|---|---|---|---|
| | State the term remaining | | **Cintech Construction**<br>**4865 Duck Creek Road**<br>**Cincinnati, OH 45227** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **General contractor (Steadman)** | |
|---|---|---|---|
| | State the term remaining | | **Cityscape Construction**<br>**10 W. Carmel Drive, Ste 200**<br>**Carmel, IN 46032** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **subcontractor** | |
|---|---|---|---|
| | State the term remaining | | **Clarks Home Services**<br>**10570 Trevor Dr**<br>**Aurora, IN 47001** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **General contractor: Fisher Senior Living; Indian Trail Senior Apartments; Jeffersonville Senior Housing; and Todd Farm Lane** | |
|---|---|---|---|
| | State the term remaining | | **Clover Construction Management**<br>**348 Harris Hill Road**<br>**Williamsville, NY 14221** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | subcontractor | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Crawford Construction**<br>**2856 Ventura Dr**<br>**Indianapolis, IN 46241** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **General contractor: Flats at Stone Crossing; Hayden Flats at Haley Farms; Jordan Creek; Front Street Apartments; The Madison; The Signature at Carmel; and Wesley Place.** | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | **CRG Residential, LLC**<br>**805 City Center Dr, Ste 160**<br>**Carmel, IN 46032** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | subcontractor | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ever Eliberto Delgado**<br>**4202 Eagle Bay W.**<br>**Indianapolis, IN 46254** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **General contractor: Avalon at Edgewood; Arbour Place;** | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Forge Construction**<br>**509 Spring Street**<br>**Jeffersonville, IN 47130** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **General Contractor, Gateway Lofts, Lexington, KY** | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | **HCC Construction, LLC**<br>**35 N. Fourth St., Ste. 100**<br>**Columbus, OH 43215** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **General Contractor - Bull Run Townhomes, Louisville, KY**

State the term remaining

List the contract number of any government contract

**HCC, LLC**
**12911 Reamers Road**
**Louisville, KY 40245**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **subcontractor**

State the term remaining

List the contract number of any government contract

**Indy on Demand**
**10164 Clear Sky Dr**
**Avon, IN 46123**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **General contractor: Farragut Apartments, TN; Bel Canto Lebanon, IN; Biddle Farms Retail; Main Street Lofts, Oak Ridge, TN; and Yardley Flats.**

State the term remaining

List the contract number of any government contract

**J.A. Fielden Co., Inc.**
**814 E. Woodland Avenue**
**Knoxville, TN 37917**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **General contractor: Southern Meadows; Summerset Apartments**

State the term remaining

List the contract number of any government contract

**Kittle Property Group, Inc.**
**310 E. 96th Street, Ste 400**
**Indianapolis, IN 46240**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **commercial lease agreement of 502 S. Keystone Ave., Indianapolis, IN 46203**

State the term remaining

List the contract number of any government contract

**Lee Investment Company of SC, LLC**
**12808 Birkenstock St.**
**Carmel, IN 46032**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **subcontractor** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Leon Services**<br>**2333 Poshard Dr**<br>**Columbus, IN 47203** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **office/warehouse unit located at 250 Lowery Ct., Suite 2B, Groveport, Ohio 43125** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lowery Asset Management LLC**<br>**1820 Nortwest Blvd, Ste 200**<br>**Columbus, OH 43212** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **subcontractor** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Maile Construction**<br>**2927 Silverton Ct**<br>**Columbus, OH 43232** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **General contractor (Flats at Bardstown)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Marian Construction**<br>**1801 Payne Street**<br>**Louisville, KY 40206** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **subcontractor** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mike Jolly**<br>**273 Georgetown Road**<br>**Greenwood, IN 46142** |

Debtor 1   **Cair Heating and Cooling, LLC**
  First Name    Middle Name    Last Name

Case number *(if known)*   **23-31622**

<span style="background:#3a003a">   </span> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **General contractor (East Main Street)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Miranda Constrction**<br>**322 East Kentucky Street**<br>**Louisville, KY 40203** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **subcontractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **North Air Conditioning**<br>**1031 Queen Ave**<br>**Louisville, KY 40215** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **subcontractor (Stillwell at Jerome Village)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Osorio Air Comfort, LLC**<br>**2684 Christine Blvd**<br>**Columbus, OH 43240** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Storage unit lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pacific Mobile Structures, Inc.**<br>**P O Box 24747**<br>**Seattle, WA 98124-0747** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **subcontractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Redwood HVAC**<br>**5117 Terry Rd**<br>**Louisville, KY 40216** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **subcontractor** | |
| | State the term remaining | | **Reyes Heating and Cooling** |
| | List the contract number of any government contract | | **4609 Crawford Ave**<br>**Louisville, KY 40258** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **subcontractor** | |
| | State the term remaining | | **RMA Air Conditioner** |
| | List the contract number of any government contract | | **961 Leona Ave**<br>**Columbus, OH 43201** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **General contractor: Fountain UC Student Housing; Liberty Lofts; Renegade Student Housing, Tallahassee, FL;** | |
| | State the term remaining | | **Ruscilli Construction Co., LLC** |
| | List the contract number of any government contract | | **Attn: Brandon Hedrick**<br>**5815 Wall Street**<br>**Dublin, OH 43017** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Software license** | |
| | State the term remaining | | **Service Titan** |
| | List the contract number of any government contract | | **1349 W. Peachtreet St. NW, Ste. 1700**<br>**Atlanta, GA 30309** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **General contractor (The Madison)** | |
| | State the term remaining | | **South Meridian Townhomes LLC** |
| | List the contract number of any government contract | | **805 City Center Dr, Ste 160**<br>**Carmel, IN 46032** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **General contractor (Compass on Washington)** | |
|---|---|---|---|
| | State the term remaining | | **Summit Construction Co., Inc. 1107 Burdsal Parkway PO Box 88126 Indianapolis, IN 46208** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **General Contractor - Terra Apts., Louisville** | |
|---|---|---|---|
| | State the term remaining | | **TDK Construction Co., Inc. 1610 S. Church St, Ste C Murfreesboro, TN 37130** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Completed project** | |
|---|---|---|---|
| | State the term remaining | | **The Buttorff Company Inc. 7610 Pollock Ave. Pewee Valley, KY 40056** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **General contractor - Louisville Chick-Fil-A's** | |
|---|---|---|---|
| | State the term remaining | | **Thorndale Construction Services 1832 Centre Point Cir., Ste 103 Naperville, IL 60563** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **lease of premises located at 4740 Interstate Drive, Cincinnati, OH** | |
|---|---|---|---|
| | State the term remaining | | **TLP Capital Center West Chester LLC c/o TradeLane Properties LLC 2215 York Road, Ste 405 Oak Brook, IL 60523** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.** State what the contract or lease is for and the nature of the debtor's interest

**General contractor (Pleasant Ridge)**

    State the term remaining

    List the contract number of any government contract

**Towne Properties
1055 St. Paul Place
Cincinnati, OH 45202**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest

**subcontractor**

    State the term remaining

    List the contract number of any government contract

**Valle Painting
1400 Cunningham Ct.
Louisville, KY 40211**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest

**General contractor**

    State the term remaining

    List the contract number of any government contract

**Welch Builders, Inc.
301 Middletown Park Pl #A
Louisville, KY 40243**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest

**General contractor at 1501 Main St., Clarksville, IN.**

    State the term remaining

    List the contract number of any government contract

**Whittenberg Construction Co.
4774 Allmond Ave.
Louisville, KY 40209**

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest

**General contractor (Eclipse at Russell)**

    State the term remaining

    List the contract number of any government contract

**Xpert Design & Constrction, LLC
1469 4th St
Louisville, KY 40208**

---

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Clapp, Kevin** | **2310 Running Brook Trail** <br> **Fisherville, KY 40023** | **Cucumber Capital LLC** | ■ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Clapp, Kevin** | **2310 Running Brook Trail** <br> **Fisherville, KY 40023** | **Rocket Capital NY LLC** | ■ D    **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Clapp, Kevin** | **2310 Running Brook Trail** <br> **Fisherville, KY 40023** | **On Deck Capital, LLC** | ■ D    **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Clapp, Kevin** | **2310 Running Brook Trail** <br> **Fisherville, KY 40023** | **TVT 2.0 LLC** | ■ D    **2.6** <br> ☐ E/F _____ <br> ☐ G _____ |