UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CASE NO. 23-31622

CAIR HEATING AND COOLING, LLC      CHAPTER 7

DEBTOR

## AMENDMENT TO SCHEDULES

**INSTRUCTIONS:**

1. Check applicable boxes below and describe details of amendment in box provided.
2. **For amendments to schedules other than D or E/F**, it is acceptable to check the box on this form, type a brief description in the box for details and attach a new schedule. ANY CHANGES to D, E/F or the mailing matrix must be made using the format on Page 2 of this form; if amendment does not comply, it may be stricken.
3. Debtor may use this form to amend the Social Security Number but amendments to the Social Security Number must be filed separately from other amendments (and if filed electronically, using the separate event for Amendment to Social Security Number).

**CHECK THE APPLICABLE BOXES BELOW:**

- ☐ **Amendment to Petition:**
  ☐ Name ☐ Address ☐ Alias ☐ Social Security Number
- ☐ **Statement of Financial Affairs**
- ☐ **Statement of Intention**
- ☐ **Schedule A/B**
- ☐ **Schedule C**
- ☐ **Schedule D or ■ Schedule E/F**
  ■ ADD creditors or change amount or classification of debt **- Fee Required,** or
  ☐ Change address of a creditor listed on the schedules – **No Fee Required**
- ☐ **Schedule G**
- ☐ **Schedule H**
- ☐ **Schedule I**
- ☐ **Schedule J**
- ☒ **Other Document Included with Schedules, e.g., Disclosure of Compensation of Attorney**

Amended Matrix

**Additional Details of Amendment (attach separate page if needed):**

[ ]

**AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this document and any attached schedules or documents, and that they are true and correct to the best of my knowledge, information and belief.

DATE: 3/9/24                    SIGNATURE: __/s/ Kevin Clapp_____
                                            Kevin Clapp, President

Local Form B

Name(s) of Debtor(s): CAIR HEATING AND COOLING, LLC
Case Number: 23-31622

# CORRECTIONS TO SCHEDULES D, E/F AND/OR THE CREDITORS MATRIX

**INSTRUCTIONS:**

1. For all changes, the schedule on which creditor is/will be listed should be noted.
2. Each creditor or list of creditors should indicate whether creditors are being added, deleted, or modified in another way, e.g., "change amount to _____," or "move creditor from D to E/F." For added or deleted creditors, the full name and address of the creditor should be listed.

| ADD TO SCHEDULE E AND MATRIX: | | |
|---|---|---|
| Kelm, Marissa S.<br>652 Jennymac Drive<br>Louisville, KY 40229 | Wages, salaries, and commissions | $745.01 |
| Leahy, Colleen M.<br>4114 Billtown Rd #4<br>Louisville, KY 40299 | Wages, salaries, and commissions | $729.95 |
| Nalley, Joshua<br>1410 Villa Capri Circle #304<br>Odessa, FL 33556 | Wages, salaries, and commissions | $734.99 |
| Tuell, Nancye<br>518 Indian Ridge Road<br>Louisville, KY 40207 | Wages, salaries, and commissions | $167.33 |
| Wagner, Vickie L.<br>2332 South Bardstown Rd.<br>Mt. Washington, KY 40047 | Wages, salaries, and commissions | $739.07 |
| Lewis, Malisa<br>2233 Elmo Ave<br>Hamilton, OH 47024 | Wages, salaries, and commissions | $890.56 |

3. For creditors whose addresses are being corrected, the current address of the creditor on file with the Court and the new one should both be listed and labeled appropriately so the Court can update the correct creditor.

**If the amendment lists you as a creditor, please refer to Fed.R.Bank.P. 3002 for required procedures and time frames for filing a proof of claim.**

**FOR ADDITIONAL CHANGES TO SCHEDULES D, E/F AND/OR THE CREDITORS MATRIX, INSERT A NEW PAGE AND CONTINUE**

**ADD TO SCHEDULE E AND MATRIX**:

| | | |
|---|---|---|
| Stammer, Michael<br>160 Pebble Creek<br>Greenwood, IN 46143 | Wages, salaries, and commissions | $1251.08 |
| Hensley, John M.<br>211 Sunset Dr.<br>Willisburg, KY 40078 | Wages, salaries, and commissions | $651.96 |
| Thompson, Maureen E.<br>8307 Lake Superior Dr.<br>Louisville, KY 40291 | Wages, salaries, and commissions | $1017.68 |
| Boutwell, Theodore L.<br>1102 N. Rochester Ave<br>Indianapolis, IN 46222 | Wages, salaries, and commissions | $1107.91 |
| Doss, Joeseph<br>858 Denver Rd.<br>Columbus, IN 47201 | Wages, salaries, and commissions | $1071.34 |
| Green, Knicklas L.<br>6918 15th Street<br>Indianapolis, IN 46214 | Wages, salaries, and commissions | $819.26 |
| Nieman, Travis<br>7513 Northern Oak<br>Brownsburg, IN 46112 | Wages, salaries, and commissions | $845.20 |
| Wimsatt, Richard M.<br>8963 Copper Creek Drive<br>Lyndon, KY 40222 | Wages, salaries, and commissions | $1050.73 |
| Harris, James D.<br>100 Bolton School Rd.<br>Bonnieville, KY 42713 | Wages, salaries, and commissions | $974.53 |
| McTaggart, Matthew R.<br>305 Palazzo Circle, Apt. 203<br>Louisville, KY 40222 | Wages, salaries, and commissions | $550.82 |

| ADD TO SCHEDULE E AND MATRIX | | |
|---|---|---|
| Morales Benitez, Heyvys J.<br>4326 Estate Drive<br>Louisville, KY 40216 | Wages, salaries, and commissions | $1037.65 |
| Muchmore, Matthias<br>237 Magers Dr.<br>Elizabethtown, KY 42701 | Wages, salaries, and commissions | $835.96 |
| Brumett, Dalton<br>705 E. Main Cross St.<br>Edinburgh, IN 46124 | Wages, salaries, and commissions | $547.99 |
| Fangman, William<br>3609 Glencreek Lane<br>Louisville, KY 40218 | Wages, salaries, and commissions | $485.20 |
| Gahafer, Joseph A.<br>315 Evergreen Rd.<br>Louisville, KY 40243 | Wages, salaries, and commissions | $476.98 |
| Hopewell, Brett T.<br>6516 Lantern Drive<br>Louisville, KY 40229 | Wages, salaries, and commissions | $686.89 |
| Morales, Andy<br>6904 Brooklawn Dr., Apt. 4<br>Louisville, KY 40214 | Wages, salaries, and commissions | $175.66 |
| Nalley, Christopher K.<br>119 Ven Ct.<br>Louisville, KY 40229 | Wages, salaries, and commissions | $693.60 |
| Maynard, Michael G.<br>1532 Woodlawn Ave.<br>Indianapolis, IN 46230 | Wages, salaries, and commissions | $476.39 |
| Hill, Crista L.
4207 Forman Lane, Apt. 4<br>Louisville, KY 40219 | Wages, salaries, and commissions | $482.66 |

**ADD TO SCHEDULE E AND MATRIX**:

| | | |
|---|---|---|
| Thorton, Kenneth R.<br>2213 Farnsley Rd.<br>Louisville, KY 40216 | Wages, salaries, and commissions | $517.33 |
| Lee, Eric<br>1005 Forrer<br>Middletown, OH 45044 | Wages, salaries, and commissions | $614.23 |

**ADD TO MATRIX**

Family Savings Magazine
PO Box 4274
Lexington, KY 40544

Padgett
901 E. 4th Street
New Albany, IN 47150-3328

Teasdale Fenton Carpet Cleaning
12145 Centron Place
Cincinnati, OH 45246

General Steel Crane & Rigging, LLC
PO Box 1078
Hopkinsville, KY 42241

Lincoln Business Park Holdings
c/o Colliers International
2550 West Tyvoia Road, Suite 300
Charlotte, NC 28217

:

**DELETE FROM MATRIX:**

Chase Auto
PO Box 701076
Fort Worth, TX 76101

Dixie Motors
4991 Dixie Hwy
Fairfield, OH 45014

Huntington Bank
17 S. High St
Columbus, OH 43215

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CASE NO. 23-31622

**CAIR HEATING AND COOLING, LLC**                     CHAPTER 11

    DEBTOR

## CERTIFICATE OF SERVICE AND
## NOTICE OF AMENDMENT TO SCHEDULES

**INSTRUCTIONS:**

1. Debtor or debtor's attorney should complete and file the certificate of service with a complete list of all parties and creditors served.
2. Debtor or debtor's attorney must serve the amendment on all affected parties and creditors, e.g., any added or modified creditors, the trustee, and/or other parties listed on or affected by the amendment. Parties who receive electronic service such as the trustee and U.S. Trustee should be listed on the certificate of service but it is not necessary to serve a copy by mail on these parties.
3. Any added creditor or creditor for whom a new address is being filed must be sent a copy of the Notice of Bankruptcy Case (Official Form 309 – All Chapters) and a copy of the Chapter 13 Plan (Chapter 13 Cases).
4. For changes to the names, aliases or Social Security Number of the debtor(s), a certificate of service and service by the debtor/debtor's attorney on all parties and creditors in the case is required.

## CERTIFICATION OF SERVICE

    I hereby certify that on March 11, 2024, a copy of the attached Amendment to Schedules and, if required, a copy of Official Form 309C – Notice of Bankruptcy Case [ECF No. 292] was served upon the following by first class mail:

Kelm, Marissa S.
652 Jennymac Drive
Louisville, KY 40229

Leahy, Colleen M.
4114 Billtown Rd #4
Louisville, KY 40299

Nalley, Joshua
1410 Villa Capri Circle #304
Odessa, FL 33556

Tuell, Nancye
518 Indian Ridge Road
Louisville, KY 40207

Wagner, Vickie L.
2332 South Bardstown Rd.
Mt. Washington, KY 40047

Lewis, Malisa
2233 Elmo Ave
Hamilton, OH 47024

Stammer, Michael
160 Pebble Creek
Greenwood, IN 46143

Hensley, John M.
211 Sunset Dr.
Willisburg, KY 40078

Thompson, Maureen E.
8307 Lake Superior Dr.
Louisville, KY 40291

Boutwell, Theodore L.
1102 N. Rochester Ave
Indianapolis, IN 46222

Doss, Joeseph
 858 Denver Rd.
Columbus, IN 47201

Green, Knicklas L.
6918 15th Street
Indianapolis, IN 46214

Nieman, Travis
7513 Northern Oak
Brownsburg, IN 46112

Wimsatt, Richard M.
8963 Copper Creek Drive
Lyndon, KY 40222

Harris, James D.
100 Bolton School Rd.
Bonnieville, KY 42713

McTaggart, Matthew R.
305 Palazzo Circle, Apt. 203
Louisville, KY 40222

Morales Benitez, Heyvys J.
4326 Estate Drive
Louisville, KY 40216

Muchmore, Matthias
237 Magers Dr.
Elizabethtown, KY 42701

Brumett, Dalton
705 E. Main Cross St.
Edinburgh, IN 46124

Fangman, William
3609 Glencreek Lane
Louisville, KY 40218

Gahafer, Joseph A.
315 Evergreen Rd.
Louisville, KY 40243

Hopewell, Brett T.
6516 Lantern Drive
Louisville, KY 40229

Morales, Andy
6904 Brooklawn Dr., Apt. 4
Louisville, KY 40214

Nalley, Christopher K.
119 Ven Ct.
Louisville, KY 40229

Maynard, Michael G.
1532 Woodlawn Ave.
Indianapolis, IN 46230

Hill, Crista L.
4207 Forman Lane, Apt. 4
Louisville, KY 40219

Thorton, Kenneth R.
2213 Farnsley Rd.
Louisville, KY 40216

Lee, Eric
1005 Forrer
Middletown, OH 45044

Family Savings Magazine
PO Box 4274
Lexington, KY 40544

Padgett
901 E. 4th Street
New Albany, IN 47150-3328

Teasdale Fenton Carpet Cleaning
12145 Centron Place
Cincinnati, OH 45246

General Steel Crane & Rigging, LLC
PO Box 1078
Hopkinsville, KY 42241

Lincoln Business Park Holdings
c/o Colliers International
2550 West Tyvoia Road, Suite 300
Charlotte, NC 28217

Chase Auto
PO Box 701076
Fort Worth, TX 76101

Dixie Motors
4991 Dixie Hwy
Fairfield, OH 45014

Huntington Bank
17 S. High St
Columbus, OH 43215

DATE: March 11, 2024          SIGNATURE: /s/ *Dean A. Langdon*
                              Dean A. Langdon, Esq.
                              DELCOTTO LAW GROUP PLLC
                              200 North Upper Street
                              Lexington, KY 40507
                              Telephone: (859) 231-5800
                              Facsimile: (859) 281-1179
                              dlangdon@dlgfirm.com
                              COUNSEL FOR DEBTOR