UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
 )
CAIR HEATING AND COOLING, LLC ) CASE NO. 23-31622-crm
   Debtor ) Chapter 7
_____ )

**ORDER APPROVING SETTLEMENT AGREEMENT**
**BETWEEN TRUSTEE AND CLOVER CONSTRUCTION**

     The Court having considered the motion of Wm. Stephen Reisz, trustee of the bankruptcy estate of Cair Heating and Cooling, LLC ("Trustee"), to approve, under Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, the settlement agreement between Trustee and Clover Construction Management West Corp., a Delawaare corporation ("Clover Construction"), which is attached as Exhibit 1 to his motion; and the Court being otherwise sufficiently advised,

     IT IS HEREBY ORDERED that the motion is GRANTED; and this Court approves the settlement agreement between Trustee and Clover Construction attached as Exhibit 1 to Trustee's motion.

Tendered By:
Wm. Stephen Reisz, Trustee
401 W. Main St., Ste. 1400
Louisville, Kentucky 40202
(502) 584-1000