# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Cair Heating and Cooling, LLC | Case No.:23−31622−crm<br><br>Chapter: 7 |
| Debtor(s) | Judge: Charles R. Merrill |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion to Approve Settlement Agreementbetween Trustee and Clover Construction Management West Corp.. Filed by Trustee William Stephen Reisz. Objections due by 04/23/2024. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Exhibit Settlement Agreement # 2 Proposed Order) (Reisz, William)

Dated: 4/3/24

By:
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court