# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Cair Heating and<br>Cooling, LLC<br><br>Debtor(s) | Case No.:23−31622−crm<br><br>Chapter: 7<br>Judge: Charles R. Merrill |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion to Approve Settlement Agreementbetween Trustee and Clover Construction Management West Corp. Filed by Trustee William Stephen Reisz 355 and on the Response filed thereto. Hearing scheduled for 5/7/2024 at 11:00 AM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. cc: sl and responding party (AMG)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 4/24/24

By: AMG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court